# EXHIBIT B

# SUMMIT TRUST COMPANY

|  |  | Invoice Date: | 10/4/18 |
|--|--|--|--|
|  |  | Invoice Number: | 763804 |
|  |  | Client Matter Number: | 67003.00001 |
|  |  | I.D.# | 02146 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 06/30/18 | Postage | $ | 4.26 |
| 06/30/18 | Printing & Duplicating - Internal | $ | 46.93 |
| 01/18/18 | Legal Fee/Expenses - PAID TO: Intelligent Discovery Solutions, Inc. - Wire sent to Pay for discovery work by Chris Conway near line: 3:53 @ 7.50 GB on 12/31/2017 | $ | 28.00 |
| | Total Disbursements | $ | 79.19 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**