IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Civil Action No: 15-cv-05843-JCJ |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SUMMIT TRUST COMPANY, RAMPART CAPITAL MANAGEMENT, LLC, TRUST COUNSELORS NETWORK, INC., BROWN INVESTMENT ADVISORS, INC. KEVIN C. BROWN, and GEORGE P. BROWN, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| RAMPART FUND LP, WEALTH MAINTENANCE ORGANIZATION, LLC, and HODDINOTT FARM DEVELOPMENT, LLC, | ) ) ) ) ) | |
| Relief Defendants. | ) | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION FOR AN ORDER TERMINATING THE RECEIVERSHIP, DISCHARGING THE RECEIVER AND FOR OTHER RELIEF**

The Securities and Exchange Commission ("Commission" or "SEC"), respectfully submits this Unopposed Motion for an Order Terminating the Receivership, Discharging the Receiver and for other Relief, specifically instructing the Receiver, Ricardo J. Zayas, to produce a final accounting and to turnover all of the assets (after paying the final Court approved fees and expenses of the Receiver and its counsel) on hand to the SEC.  This motion is supported by the

Commission's Memorandum of Law.  The Receiver consents to the relief requested, as set forth in the proposed Order.

Dated:  January 28, 2021

                                                Respectfully submitted,

                                                s/Stephen C. McKenna
                                                Stephen C. McKenna
                                                Michael J. Roessner
                                                Attorneys for Plaintiff
                                                United States Securities and Exchange Commission
                                                100 F Street, N.E., Mail Stop 5631
                                                Washington, D.C. 20549
                                                Tel:  (303) 844-1036
                                                Fax:  (303) 297-3529
                                                Email:  mckennas@SEC.gov
                                                           roessnerm@sec.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2021, I electronically filed the foregoing Unopposed Motion with the Clerk of Court using the CM/ECF system.

Natalie Ramsey, Esq
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA 19109
215-772-1500
Email:  nramsey@mmwr.com
*Counsel for Ricardo J. Zayas, Receiver forThe Receivership Estates of Defendant Summit Trust Company and Trust Counselors Network, Inc.and Relief Defendant Rampart Fund LP*

Ricardo J. Zayas MARCUM LLP
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
215-297-2320
Email:  ricardo.zayas@marcumllp.com
*Receiver for The Receivership Estates ofDefendants Summit Trust Company and Trust Counselors Network, Inc. and Relief Defendant Rampart Fund LP*

Kevin C. Brown
1904 Hilltown Pike
Hilltown, PA 18927
Email:  kevin@secondhalfllc.com
*Authorized Representative of Defendants Rampart Capital Management, LLC and Brown Investment Advisors, Inc. and Relief Defendant Hoddinott Farm Development, LLC*

George P. Brown
13 Langhorne Road
Chalfont, PA 18914
Email:  Georgepbrown201@gmail.com
*Authorized Representative of Defendants Rampart Capital Management, LLC and Brown Investment Advisors, Inc. and Relief Defendant Wealth Maintenance Organization, LLC*

/s/ *Scott Wesley*
Contract Paralegal