IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | Civil Action No: 15-cv-05843-JCJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUMMIT TRUST COMPANY, RAMPART CAPITAL MANAGEMENT, LLC, TRUST COUNSELORS NETWORK, INC., BROWN INVESTMENT ADVISORS, INC. KEVIN C. BROWN, and GEORGE P. BROWN, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RAMPART FUND LP, WEALTH MAINTENANCE ORGANIZATION, LLC, and HODDINOTT FARM DEVELOPMENT, LLC, | ) | |
| | ) | |
| Relief Defendants. | ) | |

**FINAL REPORT OF RECEIVER AND FEE APPLICATION #17 WITH RESPECT TO THE RECEIVERSHIP PARTIES**

**THIS APPLICATION COVERS THIRTEEN MONTHS FROM JULY 2020 THROUGH JULY 2021**

Ricardo J. Zayas (the "Receiver"), by and through his undersigned counsel hereby files this final report and seventeenth fee application with respect to the Receivership Parties. As discussed herein, the goals of the Summit Receivership have been largely accomplished. Upon Court

approval of this report and final fee application, remaining assets of the Receivership entities will be consolidated and used to satisfy outstanding obligations of the Receivership entities, including fees to the Receiver and his Counsel.[1]   Assets held within individual client accounts will be transferred to the custody and control of the SEC.   The Receiver respectfully submits:

1.      On November 24, 2015 this Court entered an order (the "Order") in the above-captioned action, which among other things, established the receivership of Defendants Summit Trust Company ("STC"), Trust Counselors Network, Inc. ("TCN") and Relief Defendant Rampart Fund, LP ("Rampart," collectively with TCN and STC, the "Receivership Parties") and appointing the Receiver in this matter (**Exhibit A**).

2.      Under paragraph 6 of the Order, the Receiver was, in part, authorized to take custody of all Receivership property; identify assets of each of the Receivership Parties; manage and maintain the Receivership properties and take actions necessary and appropriate for the preservation of Receivership property.  The Receivership entities held assets for several thousand "client" accounts.  Upon inspection, these assets included cash accounts, securities and other property.

3.      As stated, at this writing, the objectives of the Receivership have, in large part, been completed.  The Receivership entities will prepare and submit final tax reporting requirements for 2021.  As required by the Order, the Receiver and staff have taken measures to complete the tasks outlined in Paragraph 2 and return assets to the clients of the Receivership entities.  These measures have included:

- Inspection of business records;

---

1 As part of this consolidation, amounts held in TCN accounts will be transferred to STC to offset more than $2,000,000 excess transfers from STC to TCN (see paragraph 21).

- Identification and communication with clients of the Receivership entities;

- Transfer of assets held on behalf of STC clients, and

- Identification and liquidation of assets of the Receivership.

4.     At this writing the remaining valuable assets of the Receivership consist of potential recoveries from Paul Ellis Investments Associates, LLC, et al. restitution and Forefront Talking Capital default.   In addition, the Receivership continues to hold assets on behalf of others (i.e. clients of former Receivership entities) for which efforts to locate and transfer have been unsuccessful.   These assets held in "client accounts" will be delivered to the SEC.   Additional information and a schedule of these "client accounts" is presented later in this report.

4.     Upon the entry of the Order, it was understood by the SEC and the Receiver that STC served as a custodian for more than 3,000 self-directed or advisor-directed trust accounts. These trust accounts included individual IRA's and other trust vehicles with reported assets of more than $230,000,000.  It was further understood by the SEC and the Receiver that STC would continue to service these trust accounts during the pendency of the Receivership.   Based upon these understandings and initial meetings with persons engaged in the day-to-day management of STC, the Receiver continued servicing of more than 3,000 accounts under STC's custody.  These servicing activities included processing distribution and transaction requests for STC clients and paying current obligations as they came due. During the term of the receivership, the Receiver and staff processed distributions and transactions valued at more than $200 million.  The Receiver also determined that TCN and Rampart were not engaged in any ongoing business activities and accordingly directed that all TCN and Rampart business activity be suspended pending further determination.

5.     The active servicing of client accounts spanned the period from the inception of the

Receivership until the Summer of 2017.  This active servicing was an operational role in the affairs of Summit Trust Company which entailed:

- Daily oversight of STC business operations including monitoring of accounts payable, consultation on selected trust operations, participation in meetings, interaction with STC clients and consultation on tax compliance matters.

- Ongoing communications with the Nevada FID and other regulatory authorities to address relevant issues; and

- Inspection of available hardcopy and electronic records to improve operational knowledge and, as warranted, respond to client requests and U.S. government requests.

6.     The above-described operational duties continued through the second calendar quarter of 2017 when operational responsibility for more than 900 client accounts was transferred to Austin Capital Trust Company (ACTC).  With the transfer to ACTC, the daily operations of the Receiver and staff moved towards discontinuing all active operations, liquidating STC assets and assessment of potential recovery scenarios.  While operational duties were reduced, the Receiver and staff continued to:

- Analyze and track remaining client accounts for transfer to a new custodians;

- Interact with STC personnel and consultants to maintain current client accounts; and

- Interact with entities that had been recipients of "investments" or other funds prior to 2016.

7.     The Receiver worked with Representatives of the Receivership Parties to compile information relating to (a) the identity, location and estimated value of all known Receivership

4

Property (as defined in the Order); (b) all employees (and job titles thereof), other personnel, attorneys, accountants and any other agents or contractors of each of the Receivership Parties; and (c) the names, addresses and amounts of claims of all known creditors of each of the Receivership Parties.

8.      Specific services provided during the period July 2020 through July 2021 varied with each Receivership entity.   Additional details concerning services provided for each Receivership entity follow.

**Summit Trust Company (STC)**

9.      As previously reported, the servicing of 942 STC client accounts was transferred to ACTC (i.e. new custodian) as of June 30, 2017 in accordance with provisions of the Asset Purchase Agreement ("APA") that had been finalized during the second calendar quarter of 2017.   The corresponding transfer of STC client accounts and related assets to ACTC occurred in May, June and July 2017.

10.      Effective with the transfer of client accounts and related assets to ACTC the Receiver and staff had processed approximately $36,000,000 of client cash transactions and other non-cash assets totaling more than $195,000,000.   While the ACTC transfers accounted for the majority of the former STC client accounts and related assets, there were several hundred STC client accounts that did not transfer to ACTC.  In general, the client accounts that did not transfer to ACTC held "investments" in non-traditional assets or in products / entities that were non-performing and, at times, deemed worthless.

11.      The Receiver and staff continued to be involved with STC operational matters (including Trust operations) throughout the balance of 2017 and continuing into 2018 for accounts that had not transferred to ACTC.  This included ongoing interaction with trust clients and their

advisors to facilitate transfers and address inquiries concerning the receivership, correction of inaccurate STC / Revzon Consulting Group client account records, collection of amounts due to STC from outstanding loans / investments and preparation of trust accounts for transfer to a new custodian.  The Receiver and staff discontinued active business operations and vacated business premises in Colmar, PA in 2018.  All former STC personnel were terminated effective March 30, 2018.  The Colmar premises were vacated in May 2018 and arrangements were made to archive required business records.

12.     Account analyses undertaken to facilitate the transfer to ACTC yielded an enhanced understanding of STC's historical business operations and determined that the Brown's had not operated STC or the other Receivership entities with a for-profit motive.  As previously reported, STC had not reconciled the STC trust bank accounts (i.e. client funds) to the client account system (i.e. Accutrust Gold) for at least three years preceding the imposition of the Receivership.  In March 2015 the STC client accounts were overdrawn by at least $342,459.    The overdraft condition was partially reduced when Rampart and TCN assets were liquidated and remitted to STC.

13.     During 2018 the Receiver continued efforts to recover investments held by STC with various entities including Forefront Capital and related entities, Snowden Capital, Adcor Industries, Unation, Capital Windows, The Underwriters Group ("TUG") and Nevada Mining Company.  Inspection of receivership business records raised concerns that several of the above listed parties improperly derived funds from the receivership entities and "client accounts."  These concerns were reported to the U.S. Attorney's Office.  The extent of these recovery efforts was impaired due to availability of funds.  Given insufficient funds, the Receiver discontinued efforts to recover investments made by STC with client funds.  Throughout the pendency of the

Receivership, the Receiver provided assistance to the SEC, law enforcement authorities and other regulatory agencies to assist with their investigations or recovery efforts.   Personnel assigned to the Receivership are available to consult with the SEC, law enforcement and other regulatory agencies in STC related matters.

14.     In May 2018, the Receiver was notified that ACTC had not been successful in formalizing account relationships with approximately 430 former STC clients due to inability to locate / secure responses from these former STC clients or, at times, refusal by these former STC clients to enter into Trust and custodial agreements with ACTC.  ACTC returned more than $2,500,000 of cash and other assets relating to these former STC clients to the custody of the Receiver.

15.     With the return of accounts by ACTC the Receiver performed the following activities during the balance of 2018, 2019, 2020 and continuing into 2021.

- Accounted for and organized information for the accounts and assets returned by ACTC;

- Continued efforts to transfer accounts and related assets for STC clients including those returned by ACTC.  These activities included efforts to transfer assets in an Australian firm held by approximately 225 STC clients;

- Coordinated with Regulatory and law enforcement authorities, as required; and

- Responded to STC client inquiries and addressing other issues as they arose.

16.     During 2018 the Receiver became involved in efforts to assist STC clients with efforts to recover investments in so-called "viaticals."  The STC entities had placed client funds in these "investment" products.  The promoters / sponsors of these products had filed for bankruptcy protection in the 2015 time period.  In late 2018 and early 2019 the Receiver was notified that the

Trust formed by the bankruptcy court had begun distributions to former STC clients.  The Receiver facilitates distributions to STC clients holding "viaticals" during 2020.

17.    As previously reported, the Receiver's civil recovery action against Adcor Industries on behalf of STC and certain clients went to trial in February 2019 in U.S. District Court in Maryland.  After a multi-day trial, the Court found in favor of the defendant citing a statute of limitations issue.  In July 2021, the Circuit Court of Appeals upheld the verdict for the Defendant. This matter is now closed with no further action contemplated.

18.    During 2021, STC sold investments (i.e. not assets held in client accounts), including:

- STC was the holder of share certificates for a company located in Australia.  Certain of these shares were allocated to individual client accounts.  A total of 13,884 shares were sold at $7.50 per share; and

- STC's investment in several real estate ventures.  The sale of the underlying property occurred in June 2021.  Cash distributions relating to these investments received after June 30, 2021 are included in this report.

19.    In 2012, STC filed litigation against Paul Ellis Investment Associates, LLC, et al. and a judgment was ordered in August 2013 for $761,426.16 due to both STC and multiple STC clients.  The SEC filed a complaint against Joseph Andrew Paul, John D. Ellis, Jr., et al. in April 2016.  The Receivership currently understands that the restitution is pending.  The Receiver has identified parties to be compensated from a "Paul Ellis" recovery.  Personnel assigned to the Receivership are available to consult with the allocation and distribution of recovered funds.

20.    Throughout the pendency of the Receivership, the Receiver:

- transferred accounts to new custodians,

- disbursed assets from accounts to clients,  and

- identified and closed "client accounts" that did not hold valuable assets or were no longer viable.

The Receiver and staff successfully transferred / closed more than 3,000 "client accounts" identified in the STC business records.  **Appendix 1** provides a brief summary of the types of accounts and holdings that are considered open per the STC records.  **Appendix 2** provides a list of those accounts considered open.

### Trust Counselors Network (TCN)

21.    As previously reported, the TCN client universe differed from STC and Rampart, in that, the accounts were usually established with charitable contributions and included foundations established to pursue some charitable endeavor and charitable remainder trusts established to provide annuity income to the grantor and a residual interest to a charity pursuant to certain IRS provisions.  TCN did not adhere to titling conventions or prescribed business practices when soliciting and receiving funds from clients.  Furthermore, investigation revealed TCN did not routinely place funds received from clients in trust or escrow-type accounts.  In practice, TCN received client funds and used those client funds for business operations or to satisfy current obligations to other clients.  TCN did not use client funds to acquire investment products that would enable TCN to meet promises made to its clients (i.e. client obligations).[2]

21.    Reported findings of the SEC coupled with our analysis of financial transactions between STC and TCN identified commingling of STC and TCN business and client assets and material overdrafts (i.e. negative cash balances) constituting an amount payable to the STC client account, similar to the Rampart overdraft discussed herein.  Analyses show that STC infused /

---

[2] Adequately funded TCN accounts were transferred to STC prior to the appointment of the Receiver.

deposited at least $3,500,000 into TCN to allow TCN to pay operating expenses and satisfy other obligations.  TCN returned approximately $1,200,000 to STC leaving TCN obligated to STC in the approximate amount of $2,300,000, not including approximately $184,000 of benefit payments to TCN clients made with STC client funds through the STC Client bank account.

22.     Given these findings, a Motion for an Order authorizing the Receiver to Combine Assets Held in Multiple Accounts into the Estate of Trust Counselors Network was submitted to the Court in February 2018.  This Motion was approved by the Court in March 2018.

23.     As provided for by this Motion and Order, the Receiver began marshalling pertinent accounts and assets during 2018.  Efforts to identify and marshal assets continued throughout 2018, 2019, 2020 and through the termination of the Receivership.   As part of these efforts the Receiver identified and communicated with various insurance companies regarding annuity policies purchased by TCN.  At this writing, the Receiver has identified and liquidated approximately $717,000 of TCN annuity policies as of December 31, 2019.  In March 2021, $111,687 of TCN annuity policies have were converted to cash.  In addition to converting the annuities to cash, TCN also converted the "Position Holder Trusts Interest of Life Partners Position Holder Trust" (previously known as "viaticals") to cash in the amount of $2,709 and received death benefits from a policy in the amount of $6,737.  In addition to funds received from the Position Holder Trust, TCN received a final distribution from the Life Partners Creditors Trust bankruptcy estate.

24.     Investment accounts with Delaware Funds by Macquarie and eight separate accounts at Fidelity Investments were liquidated and funds returned to TCN.  TCN received $2,079 from the Delaware Funds by Macquarie and $531 from the Fidelity accounts.

**Rampart Fund, LP (Rampart)**

25.     Services performed during the third and fourth calendar quarters of 2020 through

the termination of the Receivership were limited to addressing tax compliance issues and closing bank accounts for the Estate of Rampart Fund, LP in March 2021.

26.     As previously reported, by early 2015 the STC client account universe had been overdrawn by approximately $170,000 to make payments to Rampart Note holders.  In anticipation of transferring assets to a new custodian, Rampart liquidated certain assets to facilitate restoration of the aforementioned overdraft.  In January 2018, Rampart assets were liquidated and transferred to the STC Client account to relieve this portion of the overdraft condition that existed within the SCT client accounts.  These funds were used to fund client transfers to new custodians.

27.     During the second half of 2020, Rampart satisfied outstanding fees to legal counsel and the Receiver.

28.     As previously reported, the Receiver, through his counsel, conducted an "asset search" to assess the collectability of the so-called "TUG" note receivable and judgment.  The amount of the judgment exceeds $7M.  This so-called "TUG" note is deemed uncollectible.  Absent this recovery, the Receiver terminated all activities related to Rampart during 2020.

29.     In January 2016 the Receiver reported the following assets and liabilities for the Receivership Parties at December 31, 2015:

|  | Summit Trust Company | Trust Counselors Network, Inc. | Rampart Fund, LP |
|---|---|---|---|
| Assets | $2,285,679 | $440,213 | $409,716 |
| Liabilities (incl. SEC Judgment) | $19,057,782 | $10,531,901 | $3,941,260 |
| Excess Assets (Liabilities) | ($16,772,103) | ($10,091,689) | ($3,531,544) |

Investigation and analysis to identify the universe of assets or potential assets and potential claims against those assets continued throughout 2016 and the first calendar quarter of 2017.

31.  At June 30, 2020 the Receivership Parties show the following assets and liabilities.  Non-cash assets are shown at December 31, 2015 amounts unless converted to cash or deemed

11

uncollectible based upon receipt of specific relevant information during the period. The reported liabilities for the Receivership Parties are adjusted to include approved but unpaid fees. The reported liabilities do not include applications for Receiver fees that were submitted and pending approval.

|  | Summit Trust Company | Trust Counselors Network, Inc. | Rampart Fund, LP |
| --- | --- | --- | --- |
| Assets | $388,034 | $684,495 | $92,296 |
| Liabilities (incl. SEC Judgment) | $20,550,054 | $10,593,620 | $3,997,647 |
| Excess Assets (Liabilities) | ($20,162,020) | ($9,909,125) | ($3,902,351) |

32.   At July 31, 2021 the Receivership Parties show the following assets and liabilities. Non-cash assets are shown at December 31, 2015 amounts unless converted to cash or deemed uncollectible based upon receipt of specific relevant information during the period. The reported liabilities for the Receivership Parties are adjusted to include approved but unpaid fees. The reported liabilities have been adjusted to include applications for Receiver fees are submitted and pending approval.

|  | Summit Trust Company | Trust Counselors Network, Inc. | Rampart Fund, LP |
| --- | --- | --- | --- |
| Assets | $887,024 | $530,650 | $0 |
| Liabilities (incl. SEC Judgment) | $20,280,060 | $10,531,901 | $3,943,159 |
| Excess Assets (Liabilities) | ($19,393,036) | ($10,001,251) | ($3,943,159) |

33.   Reported changes in the net asset amounts at June 30, 2020 when compared to July 31, 2021 are primarily attributable to the following:

- Summit Trust Company - The net increase in reported assets was attributable to the June 2021 sale of a real estate investment held by STC, partial recovery of amounts advanced to TCN to pay TCN annuity obligations, recordation of fees receivable for monitoring and services provided to client accounts returned in 2018 by ACTC,

and recovery of funds titled to STC that were held in the client account universe. The Receiver closed bank accounts and caused final tax returns for Hoddinott Farm Development, LLC to be filed. Fees and STC amounts held in client accounts were not previously recorded due to realization concerns. Condition of the STC client records raised concerns that there would be insufficient cash available for client accounts. At this writing, there have not been any STC client inquiries relating to unrecorded accounts for more than twenty-four (24) months. Reported liabilities decreased due to payments of outstanding obligations to the Receiver and Counsel, resulting in a decrease in excess liabilities.

- Trust Counselors Network - The changes in reported net assets were primarily attributable to asset liquidation and annuity policy recoveries totaling $133,313 less payment of accumulated fees to the Receiver and Counsel in the amount of $62,460 and restoration to Summit Trust Company of amounts advanced by STC to fund TCN annuity payments ($183,329) overdraft balances on TCN annuity.

- Rampart Fund, LP – The decrease in reported assets is attributable to liquidation of a Raymond James investment account, the subsequent payment of approved fees and write-off of two "investments" totaling $29,427 which were determined to be uncollectible. The remaining cash asset of $12,217 from the Rampart bank account was transferred to Estate of Summit Trust Company operating account in anticipation of closing. The SEC judgement and accounts payable consisting of unpaid fees due the Receiver at July 31, 2021 are the only remaining entries on the Rampart balance sheet.

34.     As discussed above, STC conducted active trust operations throughout calendar

year 2016 and the first and second calendar quarters of 2017.  The need to service client accounts for this time period was attributable to multiple factors outlined above including the process of identifying active accounts and preparing client accounts for transfer to a new custodian, the process of identifying and selecting a new custodian and legal and operational challenges arising from the aforementioned Forefront Talking Capital default.

35.     The following table summarizes information relating to applications submitted to the Court by the Receiver for fees and expenses incurred since November 2015.

| Application # | Period Covered | Summit Trust Company | Trust Counselors Network, Inc. | Rampart Fund, LP | Totals | Approved / Pending |
|---|---|---|---|---|---|---|
| 1 | 4th Quarter 2015 | $36,693.32 | $9,577.50 | $3,092.00 | $49,362,82 | 3/11/16 |
| 2 | 1st Quarter 2016 | $133,644.95 | $60,941.69 | $20,498.41 | $215,082.05 | 10/11/16 |
| 3 | 2nd Quarter 2016 | $186,034.52 | $18,146.00 | $16,865.50 | $221,046.02 | 1/25/17 |
| 4 | 3rd Quarter 2016 | $173,803.22 | $11,693.50 | $5,126.00 | $190,622.72 | 3/16/17 |
| 5 | 4th Quarter 2016 | $150,032.27 | $4,070.00 | $1,090.00 | $155,192.27 | 7/18/17 |
| 6 | 1st Quarter 2017 | $188,944.56 | $17,806.00 | $5,044.00 | $211,794.56 | 1/3/19 |
| 7 | 2nd Quarter 2017 | $161,165.00 | $10,908.50 | $900.00 | $172,973.50 | 1/3/19 |
| 8 | 3rd Quarter 2017 | $169,826.65 | $13,265.00 | $1,800.00 | $184,891.65 | 1/3/19 |
| 9 | 4th Quarter 2017 | $116,652.13 | $22,760.50 | $2,905.50 | $142,318.13 | 5/5/19 |
| 10 | 1st Quarter 2018 | $121,492.65 | $16,033.49 | $5,227.50 | $142,753.64 | 5/5/19 |
| 11 | 2nd Quarter 2018 | $121,853.30 | $12,312.00 | $3,050.00 | $137,215.30 | 1/22/20 |
| 12 | 3rd Quarter 2018 | $62,007.49 | $4,486.00 | $398.50 | $66,891.99 | 1/22/20 |
| 13 | 4th Quarter 2018 | $46,520.01 | $1,498.00 | $468.00 | $48,482.01 | 1/22/20 |
| 14 | 1st – 2nd QTR 2019 | $112,891.58 | $6,259.75 | $2,826.50 | $121,978.33 | 11/10/20 |
| 15 | 3rd – 4th QTR 2019 | $37,800.47 | $3,108.84 | $994.00 | $41,903.31 | 11/10/20 |
| 16 | 1st – 2nd QTR 2020 | $45,633.50 | $5,036.00 | $4,201.50 | $54,871.00 | 11/10/20 |

36.     At this writing, the Receiver has prepared and is submitting for approval, an application for fees and expenses incurred during the thirteen months ending July 31, 2021 in the amount of $192,811.39, as follows:

| | Summit Trust Company | Trust Counselors Network, Inc. | Rampart Fund, LP | Totals |
|---|---|---|---|---|
| Application for Fee - Receiver | $174,969.50 | $12,547.75 | $3,078.00 | $190,595.25 |
| Expenses / Costs - Receiver | $2,216.14 | $0.00 | $0.00 | $2,216.14 |
| Totals by Entity | $177,185.64 | $12,547.75 | $3,078.00 | $192,811.39 |

37.     The Receiver has rendered services from January 1, 2020 through July 31, 2020 totaling 644.75 hours, as follows:

| | |
|---|---|
| *Exhibit B-1, Hours for Summit Trust Company* | *592.20* |
| *Exhibit B-2, Hours for Trust Counselors Network, Inc.* | *11.40* |
| *Exhibit B-3, Hours for Rampart Funds, LP* | *41.15* |
| *Total Hours - Application #17* | *644.75* |

38.     The Receiver maintains contemporaneous records of the time expended for the professional services and expenses performed in connection with this matter and such records are maintained in the ordinary course of its business. These records provide a detailed description of the services rendered and expenses incurred during the period for which this Application is being made. Summaries of the Receiver's time records totaling $190,595.25 are presented as Exhibit "B1, B2 and B3." These summaries are chronological records of time spent by the Receiver.  If the Court requires any further descriptions on these time entries, the Receiver will provide additional information.

39.     The Receiver believes that the services for the period July 1, 2020 through July 31, 2021 ("Compensation Period") are reasonably worth the sum of $190,595.25 as set forth in the summary identified as Exhibit "B" and costs in the amount of $2,216.14. The Receiver notes that these costs are customary charges made to other firm clients in the ordinary course of its billing

practice and are consistent with rates proposed for this engagement.  The hourly rates for the persons shown on Exhibit B-1, B-2 and B-3 are presented on Exhibit C to this application.  These rates are in agreement with the rates shown in the original proposal and approved in the Order.

40.     To assist the Court in its review of the fees sought by Applicant, Applicant has attached its monthly statements in Exhibits B-1, B-2 and B-3, as follows:

| | |
|---|---|
| *Exhibit B-1, Fees for Summit Trust Company* | *$   174969.50* |
| *Exhibit B-2, Fees for Trust Counselors Network, Inc.* | *$    12,547.75* |
| *Exhibit B-3, Fees for Rampart Funds, LP* | *$     3,078.00* |
| *Total Fees Requested with Application #16* | *$    190,595.25* |

41.     During the period covered by this 17th Report and Interim Fee Application, the Receiver also incurred costs in the amount of $2,216.14.

42.     During the period covered by this Report and Interim Fee Application, the Receiver was engaged with Receivership party matters and has not represented any entity in this case having an adverse interest to the receivership Parties.

43.     In closing, I certify that:

- I have read this report and fee application;

- To the best of my knowledge, the fees and expenses submitted herein are true and accurate and comply with the billing instructions;

- The fees are based on the rates listed on the fee schedule (Exhibit C) and are reasonable, necessary and commensurate with the skill and experience required for the activity performed;

- There are no amounts included in this fee application seeking reimbursement for the cost of any investment, equipment or capital outlay; and

- Any requests for reimbursement for contracted services purchased or contracted from a third party are limited to the amount billed to the Receiver and paid to the provider. The Receiver certifies that neither he nor Marcum is making any profit on reimbursable services.

WHEREFORE, the Receiver prays this Court to enter an Order in the form attached hereto granting the Receiver compensation from July 1, 2020 through July 31, 2021 in the amount of $192,811.39.

Dated: October 5, 2021

Respectfully submitted,

Ricardo J. Zayas, CPA
MARCUM LLP
1601 Market Street, 4th Floor
Philadelphia, PA  19103
215-297-2320
ricardo.zayas@marcumllp.com
*Receiver for The Receivership Estates of Summit Trust Company, Trust Counselors Network Inc. and Rampart Fund LP*

17

# APPENDIX 1

*Appendix 1*

## OPEN ACCOUNTS

The accounts remaining open per the available records of STC are separated into designated categories.  There are 197 accounts that remain open according to the available STC records. Efforts to locate and distribute and transfer assets were made and unsuccessful.  The value of the non-liquid assets is unknown.

### Cash and Other Assets

STC currently holds twenty-one accounts containing cash and other assets.  Three accounts are custody accounts and eighteen are IRA accounts.  According to available records, five of the IRA accounts hold non-liquid assets including investments in REITs, LPs, LLCs and mutual funds. Efforts were made to locate and distribute funds to the individuals or transfer the accounts.  Stop payments were issued on five checks that were delivered / unreturned and not cashed.  Total cash in these accounts is $120,070.16.  The current value of the non-liquid investments is unknown.

### Trusts

STC delivered trust resignation letters or transferred all trusts identified as having Summit Trust Company as a trustee.  STC is currently holding $28,260 for a trust terminated and distributed. Two beneficiaries could not be located for this trust.

### HighStreet Financial LLC / UNATION Accounts

HighStreet Financial LLC established accounts with STC to hold certain hedge funds managed by HighStreet and UNATION stock (a related entity).  All hedge funds have been liquidated and accounts transferred or disbursed.  The accounts holding UNATION stock have been transferred and closed.  Four account remain open, one with cash from a liquidated hedge fund ($14,649.41) and an unrelated private holding, two with private notes, and one holding UNATION stock and a private note.  All accounts are IRA accounts.

The Receiver made multiple attempts to contact UNATION and its representatives in an effort to liquidate the UNATION stock held by STC.   UNATION and its representatives did not respond to the liquidation requests made by the Receivership.

### Cash Accounts – Proceeds from Liquidated Treasury Bonds

IRA accounts were established at STC to hold promissory notes from Omega Investment Partners, LLC and Liberty Investment Partners, LLC along with U.S. Treasury Bonds.  The notes were managed by Edward A. Young.  Young was indicted in multiple venues for insurance fraud and selling of unregistered securities.

The treasury bonds were liquidated and cash proceeds distributed or transferred to all but four IRA accounts.  Multiple efforts have been made to locate the individuals.  The total cash held in the accounts is $57,352.67.

### Cash Accounts – Proceeds from Liquidated DFA Investments

Both IRA and custodial accounts were established at STC to invest in DFA mutual funds along with other investments.  All DFA investments have been liquidated and proceeds have been transferred or distributed for all accounts except two custodial accounts.  The remaining balance in the DFA client accounts is $69,337.07.  Multiple efforts have been made to locate the account holders.

### "ABK" Accounts

Alex Kleyner and ABK Capital established custodial accounts at STC for certain stock holdings for ABK clients.  Five accounts remain with stock holdings that cannot be liquidated.

### Star Scientific

Star Scientific is a private company located in Australia.  Star Scientific shares were held in custodial accounts, IRA and trusts.  Originally, Star was held in accounts as part of multiple LLCs that held the underlying investment in Star.[1]  STC also purchased certificates with large numbers of shares where clients would purchase a portion of the certificate.  The LLCs later converted to shares with certificates titled "Summit Trust Company FBO…", but the shares sold by Summit did not.

STC made an effort beginning in 2018 to transfer and distribute the shares to STC clients.  After reconciliation, review of available documentation, confirmation directly with Star Scientific and transfer and distribution of accounts, there are currently 57 custodial accounts and 38 IRA accounts.  There are 14,419 shares owned by clients that were a part of the original STC certificate and 9,370 shares held on individual certificates.  The STC certificates held a reconciled balance of 13,884 shares not attributable to client accounts that were sold for $7.50 per share.

### MMI Asset Management Group, LLC & Ayokunno Are

Ayokunno Are and MMI Asset Management Group, LLC sold promissory notes to individuals to be held in both custodial accounts and IRAs with MMI as the borrower and either the individual or the IRA as the lender.  The loans are all in default and it is not clear if interest or any principal was ever returned to the accounts.  The available STC records had thirteen custody accounts and 14 IRAs open.  Mr. Are stated that certain accounts were no longer open per the client.

Although there is no mention of any underlying investment, Mr. Are has asserted that the promissory notes relate to an underlying investment in Walton Roll-Up Corporation.[2]  Mr. Are

---

[1] Star did not sell certificates with small numbers of shares to individuals when STC clients began investing in the company.

[2] The available STC documents do not have any information showing an underlying investment with Walton.

contacted STC on June 16, 2021.[3]  Mr. Are stated that Walton was making a distribution and that funds were available to the note holders.[4]

Mr. Are provided funds[5] for custodial accounts and certain IRA accounts for the clients. Funds and notes were distributed or transferred for all except three accounts.

***Accounts with Non-liquid Holdings***

The available STC records indicate that STC holds 62 accounts, eight custodial accounts and fifty-four IRAs, which hold only non-liquid assets and no cash.  The accounts hold one or more of the following:

- Annuity
- Broker Portfolio
- Common, preferred and/or private stock
- Hedge fund
- Insurance policy
- LLC
- LP
- Mineral interests
- Mortgage
- Mutual fund
- Various types of promissory notes
- REIT
- Real estate

It is unknown if all of the holdings in the accounts are viable.  The current value for the assets is also unknown.

---

[3] Mr. Are had no contact with STC since 2019.  STC had outdated contact information for Mr. Are.  Any contact information found on the internet was unusable.
[4] Walton made the distribution on April 8, 2021.  Walton also made a distribution on April 21, 2020, but STC was not contacted regarding funds due to the MMI accounts in 2020.
[5] It is unclear if the funds are dividends or return of principal.  STC has not received a written description for the funds received.

# APPENDIX 2

**Securities and Exchange Commission v. Summit Trust Company, et al.**
**Final List of all Accounts Considered Open**
**Appendix 2**
*Note: The final cash balance is the net of fees assessed to locate and contact the account holder.*

| Account Number | Account Holdings | Account Type | Open Account Category | Account Name | Final Cash Balance |
|---|---|---|---|---|---|
| xxxx31 | NOTES | CUSTODY | Non-liquid Holdings | L B Custody | - |
| xxxx74 | CASH ONLY | IRA | Cash & Other Assets | C A IRA | 22,988.17 |
| xxxx83 | INS POLICY | CUSTODY | Non-liquid Holdings | C E I 401k Plan | - |
| xxxx84 | CASH ONLY | IRA | Cash - Treasury Bonds | D H IRA | 41,737.36 |
| xxxx88 | CASH ONLY | IRA | Cash - Treasury Bonds | K M IRA | 1,777.73 |
| xxxx01 | PRIVATE STOCK | IRA | Non-liquid Holdings | F S IRA | - |
| xxxx18 | STAR | IRA | Star Scientific Stock | K A. N IRA | - |
| xxxx25 | STAR | CUSTODY | Star Scientific Stock | J D M dba J D P LLC | - |
| xxxx56 | STAR | IRA | Star Scientific Stock | K Z. N Roth IRA | - |
| xxxx19 | CASH ONLY | IRA | Cash - Treasury Bonds | D P IRA | 8,513.64 |
| xxxx25 | CASH ONLY | IRA | Cash & Other Assets | J A IRA | 1,216.48 |
| xxxx56 | STAR | IRA | Star Scientific Stock | L B IRA | - |
| xxxx80 | STAR | CUSTODY | Star Scientific Stock | M T Custody | - |
| xxxx84 | CASH ONLY | TRUST | Trusts | K B Trust | 28,260.00 |
| xxxx16 | STAR | IRA | Star Scientific Stock | K D Roth IRA | - |
| xxxx17 | STAR | IRA | Star Scientific Stock | L E. D Roth IRA | - |
| xxxx71 | RIGHTS | CUSTODY | Non-liquid Holdings | M G F Custody | - |
| xxxx95 | STAR | IRA | Star Scientific Stock | K J IRA | - |
| xxxx04 | STAR | IRA | Star Scientific Stock | D L. S IRA | - |
| xxxx77 | CASH ONLY/STOP | IRA | Cash & Other Assets | R A. D IRA | 7,915.25 |
| xxxx01 | CASH ONLY/STOP | IRA | Cash & Other Assets | J W IRA | 1,066.22 |
| xxxx06 | CASH ONLY/STOP | IRA | Cash & Other Assets | M T IRA | 500.01 |
| xxxx24 | CASH ONLY | CUSTODY | Cash - DFA | M S SEP fbo S B | 57,866.22 |
| xxxx29 | CASH ONLY | IRA | Cash - Treasury Bonds | B B IRA | 5,523.93 |
| xxxx59 | PRIVATE NOTE | IRA | MMI | O I IRA - Deceased | - |
| xxxx85 | STAR/LLC | IRA | Star Scientific Stock | S A. R Roth IRA | - |
| xxxx23 | CASH ONLY | CUSTODY | Cash - DFA | P B fbo S J. B IM | 11,570.85 |
| xxxx25 | RIGHTS | CUSTODY | Non-liquid Holdings | S B IRA (mixed) | - |
| xxxx34 | STAR | IRA | Star Scientific Stock | L A. H Roth IRA | - |
| xxxx44 | STAR | IRA | Star Scientific Stock | L C W IRA | (0.01) |

Securities and Exchange Commission v. Summit Trust Company, et al.
**Final List of all Accounts Considered Open**
**Appendix 2**
*Note: The final cash balance is the net of fees assessed to locate and contact the account holder.*

| Account Number | Account Holdings | Account Type | Open Account Category | Account Name | Final Cash Balance |
|---|---|---|---|---|---|
| xxxx78 | PRIVATE NOTE | IRA | MMI | D M IRA | (0.07) |
| xxxx96 | STAR | IRA | Star Scientific Stock | D L S IRA | (14.94) |
| xxxx73 | PRIVATE NOTE | CUSTODY | MMI | C. D M Custody | - |
| xxxx05 | CASH ONLY/STOP PMT | CUSTODY | Cash & Other Assets | E G Trust Custody Account | 918.94 |
| xxxx14 | NOTE | IRA | Non-liquid Holdings | K J Roth IRA | - |
| xxxx15 | LLC | IRA | Non-liquid Holdings | B D IRA | - |
| xxxx18 | STAR | IRA | Star Scientific Stock | E C. J Roth IRA | - |
| xxxx64 | LP | CUSTODY | Non-liquid Holdings | T V I Inc. PSP Custody | - |
| xxxx67 | LLC | IRA | Non-liquid Holdings | M C IRA | (198.11) |
| xxxx86 | PRIVATE STOCK | IRA | Non-liquid Holdings | J P IRA | - |
| xxxx08 | STAR | IRA | Star Scientific Stock | B B Roth IRA | - |
| xxxx21 | STAR | IRA | Star Scientific Stock | A L Roth IRA | - |
| xxxx22 | STAR | IRA | Star Scientific Stock | F L Roth IRA | - |
| xxxx40 | STAR | CUSTODY | Star Scientific Stock | G D LLC | - |
| xxxx47 | STAR | CUSTODY | Star Scientific Stock | G M Custody | - |
| xxxx71 | STAR | CUSTODY | Star Scientific Stock | J B Custody | - |
| xxxx77 | STAR | CUSTODY | Star Scientific Stock | P W. J | - |
| xxxx79 | STAR | CUSTODY | Star Scientific Stock | L D F | - |
| xxxx96 | STAR | IRA | Star Scientific Stock | S I Roth IRA | - |
| xxxx97 | STAR | IRA | Star Scientific Stock | L B Roth IRA | - |
| xxxx99 | STAR | IRA | Star Scientific Stock | J H Roth IRA | - |
| xxxx06 | STAR | IRA | Star Scientific Stock | S G. M Roth IRA | - |
| xxxx07 | STAR | CUSTODY | Star Scientific Stock | K K LLC Custody | - |
| xxxx35 | STAR | CUSTODY | Star Scientific Stock | D M  Custody | - |
| xxxx37 | STAR | CUSTODY | Star Scientific Stock | A S III Custody | - |
| xxxx38 | STAR | IRA | Star Scientific Stock | M S Roth IRA | - |
| xxxx40 | STAR | IRA | Star Scientific Stock | C C Roth IRA | - |
| xxxx59 | STAR | IRA | Star Scientific Stock | D T IRA | - |
| xxxx61 | STAR | IRA | Star Scientific Stock | L C Roth Ira | - |
| xxxx65 | STAR | CUSTODY | Star Scientific Stock | N A D Custody | - |

**Securities and Exchange Commission v. Summit Trust Company, et al.**
**Final List of all Accounts Considered Open**
**Appendix 2**
*Note: The final cash balance is the net of fees assessed to locate and contact the account holder.*

| Account Number | Account Holdings | Account Type | Open Account Category | Account Name | Final Cash Balance |
|---|---|---|---|---|---|
| xxxx74 | STAR | CUSTODY | Star Scientific Stock | F S T O | - |
| xxxx85 | STAR | CUSTODY | Star Scientific Stock | W T to F I C Cust. | - |
| xxxx87 | STAR | IRA | Star Scientific Stock | R A. M IRA | - |
| xxxx89 | STAR | CUSTODY | Star Scientific Stock | D F and J F JTWROS | - |
| xxxx32 | STAR | IRA | Star Scientific Stock | C P Roth IRA | - |
| xxxx37 | STAR | IRA | Star Scientific Stock | D K Roth IRA | - |
| xxxx39 | STAR | IRA | Star Scientific Stock | S G Roth IRA | - |
| xxxx41 | STAR | CUSTODY | Star Scientific Stock | E LLC Custody | - |
| xxxx54 | STAR | IRA | Star Scientific Stock | D W Roth IRA | - |
| xxxx56 | STAR | IRA | Star Scientific Stock | S M. T Roth IRA | - |
| xxxx57 | STAR | IRA | Star Scientific Stock | D S. B Roth IRA | - |
| xxxx61 | STAR | CUSTODY | Star Scientific Stock | P LLC Custody | - |
| xxxx63 | STAR | IRA | Star Scientific Stock | B P Roth IRA | - |
| xxxx64 | MINERAL INTERESTS | IRA | Non-liquid Holdings | J W Roth IRA | - |
| xxxx67 | STAR | IRA | Star Scientific Stock | D L. J Roth IRA | - |
| xxxx73 | STAR | CUSTODY | Star Scientific Stock | G B Custody | - |
| xxxx76 | STAR | CUSTODY | Star Scientific Stock | J Y Custody | - |
| xxxx79 | STAR | IRA | Star Scientific Stock | L I Roth IRA | - |
| xxxx96 | STAR | CUSTODY | Star Scientific Stock | P M custody | - |
| xxxx01 | STAR | CUSTODY | Star Scientific Stock | S F Custody | - |
| xxxx22 | STAR | CUSTODY | Star Scientific Stock | M V L T Custody | - |
| xxxx29 | STAR | IRA | Star Scientific Stock | B E. S Roth IRA | - |
| xxxx30 | STAR | CUSTODY | Star Scientific Stock | B D. & B E. S Living Trust | - |
| xxxx34 | STAR | CUSTODY | Star Scientific Stock | M A. A | - |
| xxxx38 | STAR | CUSTODY | Star Scientific Stock | J and C G JTWROS | - |
| xxxx47 | REAL ESTATE | IRA | Non-liquid Holdings | P W IRA Inv. Mgmt. | - |
| xxxx66 | STAR | CUSTODY | Star Scientific Stock | W J. D | - |
| xxxx71 | STAR | CUSTODY | Star Scientific Stock | W C. H Jr. and D I JTWROS | - |
| xxxx79 | STAR | CUSTODY | Star Scientific Stock | M G. E | - |
| xxxx85 | STAR | CUSTODY | Star Scientific Stock | M R Custody | - |

**Securities and Exchange Commission v. Summit Trust Company, et al.**
**Final List of all Accounts Considered Open**
Appendix 2
*Note: The final cash balance is the net of fees assessed to locate and contact the account holder.*

| Account Number | Account Holdings | Account Type | Open Account Category | Account Name | Final Cash Balance |
|---|---|---|---|---|---|
| xxxx87 | STAR | CUSTODY | Star Scientific Stock | J and L H | - |
| xxxx05 | STAR | CUSTODY | Star Scientific Stock | J A. R | - |
| xxxx06 | STAR | CUSTODY | Star Scientific Stock | L A and W A | - |
| xxxx09 | STAR | CUSTODY | Star Scientific Stock | J J | - |
| xxxx11 | STAR | IRA | Star Scientific Stock | T K Roth IRA | - |
| xxxx15 | STAR | CUSTODY | Star Scientific Stock | D F custody | - |
| xxxx16 | STAR | CUSTODY | Star Scientific Stock | D L custody | - |
| xxxx20 | STAR | CUSTODY | Star Scientific Stock | M B Custody | - |
| xxxx30 | STAR | CUSTODY | Star Scientific Stock | M B. C | - |
| xxxx31 | STAR | IRA | Star Scientific Stock | M C Roth IRA | - |
| xxxx34 | STAR | CUSTODY | Star Scientific Stock | C R Trust | - |
| xxxx38 | STAR | CUSTODY | Star Scientific Stock | J B Custody | - |
| xxxx45 | STAR | IRA | Star Scientific Stock | A B Roth IRA | - |
| xxxx52 | STAR | CUSTODY | Star Scientific Stock | B B Custody | - |
| xxxx54 | STAR | IRA | Star Scientific Stock | J B Roth IRA | - |
| xxxx67 | STAR | CUSTODY | Star Scientific Stock | J & J K JTWROS | - |
| xxxx68 | STAR | CUSTODY | Star Scientific Stock | M & L P JTWROS | - |
| xxxx74 | STAR | CUSTODY | Star Scientific Stock | B B Custody | - |
| xxxx75 | STAR | CUSTODY | Star Scientific Stock | D T Custody | - |
| xxxx76 | STAR | CUSTODY | Star Scientific Stock | L B Custody | - |
| xxxx02 | STAR | CUSTODY | Star Scientific Stock | G S Custody | - |
| xxxx11 | STAR | CUSTODY | Star Scientific Stock | S. E & K. D Custody | - |
| xxxx28 | STAR | CUSTODY | Star Scientific Stock | M L | - |
| xxxx48 | STAR | CUSTODY | Star Scientific Stock | C D Custody | - |
| xxxx66 | STAR | CUSTODY | Star Scientific Stock | C R Custody | - |
| xxxx81 | STAR | CUSTODY | Star Scientific Stock | G B Custody | - |
| xxxx53 | COMMON STOCK | IRA | Non-liquid Holdings | Dr. M M IRA | - |
| xxxx56 | STAR | CUSTODY | Star Scientific Stock | T O Custody | - |
| xxxx18 | COMMON STOCK | IRA | Non-liquid Holdings | K L IRA | - |
| xxxx31 | PRIVATE STOCK | IRA | Non-liquid Holdings | E P Roth IRA | - |

**Securities and Exchange Commission v. Summit Trust Company, et al.**
**Final List of all Accounts Considered Open**
**Appendix 2**
*Note: The final cash balance is the net of fees assessed to locate and contact the account holder.*

| Account Number | Account Holdings | Account Type | Open Account Category | Account Name | Final Cash Balance |
|---|---|---|---|---|---|
| xxxx34 | STAR | CUSTODY | Star Scientific Stock | K F. S | - |
| xxxx60 | CASH / PRIVATE | IRA | Unation / High Street | P J IRA | 14,729.41 |
| xxxx21 | STAR | CUSTODY | Star Scientific Stock | H F, LLC Custody | - |
| xxxx68 | NOTE | IRA | Non-liquid Holdings | J B Roth IRA | - |
| xxxx69 | STAR | CUSTODY | Star Scientific Stock | H P Custody | - |
| xxxx70 | STAR | CUSTODY | Star Scientific Stock | M P Custody | - |
| xxxx82 | COMMON STOCK | IRA | Non-liquid Holdings | M D L G IRA | (97.65) |
| xxxx83 | COMMON STOCK | IRA | Non-liquid Holdings | M D L G Roth IRA | (47.73) |
| xxxx21 | STAR | CUSTODY | Star Scientific Stock | B R F Custody | - |
| xxxx57 | COMMON STOCK | IRA | Non-liquid Holdings | S Q IRA | - |
| xxxx83 | NOTE | IRA | Non-liquid Holdings | N B IRA | - |
| xxxx06 | MORTGAGE | CUSTODY | Non-liquid Holdings | L E, LLC (Escrow) Custody | - |
| xxxx51 | REIT | IRA | Non-liquid Holdings | M Y H IRA | - |
| xxxx91 | STAR | CUSTODY | Star Scientific Stock | M H Custody | - |
| xxxx15 | COMMON STOCK | CUSTODY | ABK | A C fbo I G Ltd. | - |
| xxxx78 | LLC | IRA | Non-liquid Holdings | C M. S INH IRA (R C. O IRA - deceased) | - |
| xxxx78 | LLC | IRA | Non-liquid Holdings | K O INH IRA (R C. O IRA - deceased) | - |
| xxxx78 | LLC | IRA | Non-liquid Holdings | C M. G INH IRA (R C. O IRA - deceased) | - |
| xxxx78 | LLC | IRA | Non-liquid Holdings | J M. O INH IRA (R C. O IRA - deceased) | - |
| xxxx83 | PRIVATE STOCK | IRA | Non-liquid Holdings | K M. O IRA | - |
| xxxx87 | COMMON STOCK | IRA | Non-liquid Holdings | H L. W Roth IRA | - |
| xxxx88 | STOCK/HEDGE FUND | IRA | Non-liquid Holdings | W D W Roth IRA | - |
| xxxx92 | CASH ONLY | IRA | Cash & Other Assets | M R. F IRA | 14,644.82 |
| xxxx63 | COMMON STOCK | CUSTODY | ABK | A C fbo J I, Inc. | - |
| xxxx95 | COMMON STOCK | CUSTODY | ABK | A C fbo K P | - |
| xxxx08 | LLC | IRA | Non-liquid Holdings | D I IRA | (208.88) |
| xxxx27 | COMMON STOCK | CUSTODY | ABK | A C fbo S U | - |
| xxxx85 | LLC | IRA | Non-liquid Holdings | S L. C IRA | - |
| xxxx17 | LLC | IRA | Non-liquid Holdings | R P. D IRA | - |
| xxxx80 | LLC | IRA | Non-liquid Holdings | M K Traditional IRA | - |

**Securities and Exchange Commission v. Summit Trust Company, et al.**
**Final List of all Accounts Considered Open**
**Appendix 2**
*Note: The final cash balance is the net of fees assessed to locate and contact the account holder.*

| Account Number | Account Holdings | Account Type | Open Account Category | Account Name | Final Cash Balance |
|---|---|---|---|---|---|
| xxxx91 | CASH ONLY | Custody | Cash & Other Assets | Y D. H. Custody | 3,139.72 |
| xxxx73 | COMMON STOCK | CUSTODY | ABK | Summit Trust fbo V of R - T K | - |
| xxxx84 | PRIVATE NOTE | IRA | Unation / High Street | Z B IRA | - |
| xxxx85 | PRIVATE NOTE | IRA | Unation / High Street | J L. B IRA | - |
| xxxx07 | PRIVATE STOCK/PRIVATE NOTE | IRA | Unation / High Street | T W Rollover IRA | - |
| xxxx43 | NOTE | IRA | Non-liquid Holdings | G P P Inherited IRA | (82.78) |
| xxxx90 | CASH ONLY/STOP PMT | CUSTODY | Cash & Other Assets | S C Custody | 12,451.23 |
| xxxx43 | HEDGE FUND | IRA | Non-liquid Holdings | C L P Jr. IRA | - |
| xxxx45 | PREFERRED STOCK | IRA | Non-liquid Holdings | S A. L Roth  IRA | - |
| xxxx35 | MUTUAL FUND | IRA | Non-liquid Holdings | F B Roth IRA | - |
| XXX-xxxx04 | LLC | IRA | Non-liquid Holdings | S T Roth IRA | (0.02) |
| XXX-xxxx06 | LLC | IRA | Non-liquid Holdings | J S IRA | - |
| XXX-xxxx07 | LLC | IRA | Non-liquid Holdings | M T Roth IRA | (55.65) |
| XXX-xxxx17 | LP | IRA | Non-liquid Holdings | B P IRA | - |
| XXX-xxxx20 | REIT | IRA | Non-liquid Holdings | J P IRA | - |
| XXX-xxxx25 | LLC | IRA | Non-liquid Holdings | E A-O Roth IRA | - |
| XXX-xxxx36 | LP / LLC | IRA | Non-liquid Holdings | G B IRA | - |
| XXX-xxxx39 | CASH ONLY | IRA | Cash & Other Assets | B J D IRA | 20,223.21 |
| XXX-xxxx51 | REIT | IRA | Non-liquid Holdings | R F IRA | - |
| XXX-xxxx55 | LP | IRA | Non-liquid Holdings | D B IRA | - |
| XXX-xxxx61 | REIT | CUSTODY | Non-liquid Holdings | B F D C 401(k) PSP | - |
| XXX-xxxx91 | CASH/KBS? | IRA | Cash & Other Assets | S A. G Roth IRA | 2,794.33 |
| XXX-xxxx98 | LP | IRA | Non-liquid Holdings | K C IRA | - |
| XXX-xxxx17 | CASH ONLY | IRA | Cash & Other Assets | M G IRA | 9,563.44 |
| XXX-xxxx18 | LP | IRA | Non-liquid Holdings | L P IRA | - |
| XXX-xxxx20 | REIT | IRA | Non-liquid Holdings | H T IRA | (113.80) |
| XXX-xxxx13 | CASH ONLY | IRA | Cash & Other Assets | P H. A IRA | 501.11 |
| XXX-xxxx01 | LLC | IRA | Non-liquid Holdings | T N IRA | - |
| XXX-xxxx02 | LLC | IRA | Non-liquid Holdings | J N IRA | - |
| XXX-xxxx25 | CASH / REIT | IRA | Cash & Other Assets | L S, III Roth IRA | 661.71 |

**Securities and Exchange Commission v. Summit Trust Company, et al.**
**Final List of all Accounts Considered Open**
Appendix 2
*Note: The final cash balance is the net of fees assessed to locate and contact the account holder.*

| Account Number | Account Holdings | Account Type | Open Account Category | Account Name | Final Cash Balance |
|---|---|---|---|---|---|
| XXX-xxxx56 | CASH ONLY | IRA | Cash & Other Assets | T L IRA | 644.04 |
| XXX-xxxx02 | REIT | IRA | Non-liquid Holdings | L B IRA | - |
| XXX-xxxx05 | BROKER PORTFOLIO | IRA | Non-liquid Holdings | B B IRA | - |
| XXX-xxxx06 | CASH / LP | IRA | Cash & Other Assets | C C IRA | 3,067.72 |
| XXX-xxxx10 | REIT | IRA | Non-liquid Holdings | T S IRA | - |
| XXX-xxxx13 | REIT | IRA | Non-liquid Holdings | C E. B IRA | - |
| XXX-xxxx14 | LP/REIT | IRA | Non-liquid Holdings | J B IRA | - |
| XXX-xxxx16 | REIT | IRA | Non-liquid Holdings | H A IRA | - |
| XXX-xxxx23 | REIT | IRA | Non-liquid Holdings | A Y IRA | - |
| XXX-xxxx69 | REIT | IRA | Non-liquid Holdings | K H IRA | - |
| XXX-xxxx72 | CASH / MUTUAL FUND | IRA | Cash & Other Assets | S T IRA | 15,664.27 |
| XXX-xxxx03 | ANNUITY | CUSTODY | Non-liquid Holdings | I 401(k) Plan | - |
| XXX-xxxx13 | CASH ONLY | IRA | Cash & Other Assets | A R IRA | 1,003.60 |
| XXX-xxxx64 | CASH ONLY | IRA | Cash & Other Assets | K S IRA | 989.92 |
| XXX-xxxx87 | CASH ONLY | IRA | Cash & Other Assets | J P IRA | 485.03 |
| XXX-xxxx38 | LLC | IRA | Non-liquid Holdings | P P IRA | (62.17) |
| XXX-xxxx41 | CASH / LLC | IRA | Cash & Other Assets | F P Roth IRA | 255.94 |

| | |
|---|---|
| **Net Cash Balance** | **$   289,792.50** |
| **Distributable Cash Balance** | **$   290,674.31** |
| **Number of Accounts** | **197** |

# EXHIBIT A

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 31 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 1 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 1 of 39

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Civil Action No: 15-cv-05843-JCJ |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SUMMIT TRUST COMPANY, RAMPART CAPITAL MANAGEMENT, LLC, TRUST COUNSELORS NETWORK, INC., BROWN INVESTMENT ADVISORS, INC. KEVIN C. BROWN, and GEORGE P. BROWN, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) ) | |
| and | ) ) | |
| RAMPART FUND LP, WEALTH MAINTENANCE ORGANIZATION, LLC, and HODDINOTT FARM DEVELOPMENT, LLC, | ) ) ) ) ) | |
| Relief Defendants. | ) | |

## ORDER APPOINTING RECEIVER

**WHEREAS** this matter has come before this Court upon the unopposed motion of

Plaintiff U.S. Securities and Exchange Commission ("SEC", "Commission" or "Plaintiff") to

appoint a receiver in the above-captioned action; and,

**WHEREAS** Defendants Summit Trust Company ("STC") and Trust Counselors

Network, Inc. ("TCN") and Relief Defendant Rampart Fund LP ("Rampart Fund") consented

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 32 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 2 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 2 of 39

and agreed to the appointment of a Receiver over their respective assets with the powers and authority set forth below, without admitting or denying the allegations in the Complaint filed herein, except to the jurisdiction of this Court;

**WHEREAS** the Court finds that, based on the record in these proceedings, the appointment of a receiver in this action is necessary and appropriate for the purposes of marshaling and preserving all assets of STC, TCN, and Rampart Fund, including all assets held by, under the control of, or to which STC, TCN, and Rampart Fund have rights; and

**WHEREAS** this Court has subject matter jurisdiction over this action and personal jurisdiction over STC, TCN, and Rampart Fund, and venue properly lies in this district.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.       This Court hereby takes exclusive jurisdiction and possession of the assets, of whatever kind and wherever situated, of STC, TCN, and Rampart Fund (collectively, the "Receivership Parties"), including those assets held by, under the control of, or to which STC, TCN, and Rampart Fund have rights.

2.       Until further Order of this Court, Ricardo J. Zayas is hereby appointed to serve without bond as receiver (the "Receiver") for the respective receivership estates of the Receivership Parties.

## II.  General Powers and Duties of Receiver

3.       The Receiver shall have all powers, authorities, rights and privileges heretofore possessed by the officers, directors, managers and general and limited partners of the Receivership Parties under applicable state and federal law, by the governing charters, by-laws, articles and/or agreements in addition to all powers and authority of a receiver at equity, and all

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 33 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 3 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 3 of 39

powers conferred upon a receiver by the provisions of 28 U.S.C. §§ 754, 959 and 1692, and

Fed.R.Civ.P. 66.

   4.  The trustees, directors, officers, managers, employees, investment advisers,

accountants, attorneys and other agents of the Receivership Parties are hereby suspended,

pending reinstatement at the discretion of the Receiver.  Such persons and entities shall have no

authority with respect to the operations or assets of the Receivership Parties, except to the extent

as may hereafter be expressly granted by the Receiver including, but not limited to, pursuant to

paragraph 6.F. below.  The Receiver shall assume, manage, and control the operations of the

Receivership Parties and shall pursue and preserve all of their claims.

   5.  No person holding or claiming any position of any sort with the Receivership

Parties shall possess any authority to act by or on behalf of the Receivership Parties, except to

the extent as may hereafter be expressly granted by the Receiver.

   6.  Subject to the specific provisions in Sections III through XIV, below, the

Receiver shall have the following general powers and duties:

     A.  To use reasonable efforts to determine the nature, location and value of all
       property interests of the Receivership Parties or property or accounts over
       which the Receivership Parties act as a fiduciary, trustee, or charitable
       organization, including, but not limited to, monies, funds, annuities,
       securities, credits, effects, goods, chattels, lands, premises, leases, claims,
       judgments, rights, custodial accounts, alternative investments, and other
       assets, together with all rents, profits, dividends, interest or other income
       attributable thereto, of whatever kind, which the Receivership Parties own,
       possess, have a beneficial interest in, control, or act as a trustee, fiduciary
       or charitable organization, directly or indirectly ("Receivership Property"
       or, collectively, the "Receivership Estates");

     B.  To take custody, control and possession of all Receivership Property and
       records relevant thereto from the Receivership Parties; to sue for and
       collect, recover, receive and take into possession from third parties all
       Receivership Property and records relevant thereto;

3

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 34 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 4 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 4 of 39

C.  To manage, control, operate and maintain the Receivership Estates and
hold in his possession, custody and control all Receivership Property,
pending further Order of this Court;

D.  To use Receivership Property for the benefit of the Receivership Estates,
making payments and disbursements and incurring expenses as may be
necessary or advisable in the ordinary course of business in discharging
his duties as Receiver;

E.  To take any action which, prior to the entry of this Order, could have been
taken by the officers, directors, partners, managers, trustees and agents of
the Receivership Parties;

F.  To continue to engage or engage and employ persons in the Receiver's
discretion to assist the Receiver in carrying out his duties and
responsibilities hereunder, including, but not limited to, accountants,
attorneys, securities traders, registered representatives, financial or
business advisers, liquidating agents, real estate agents, forensic experts,
brokers, traders or auctioneers;

G.  To take such action as necessary and appropriate for the preservation of
Receivership Property or to prevent the dissipation or concealment of
Receivership Property;

H.  The Receiver is authorized to issue subpoenas for documents and
testimony consistent with the Federal Rules of Civil Procedure;

I.  To bring or continue such legal actions based on law or equity in any state,
federal, or foreign court as the Receiver deems necessary or appropriate in
discharging his duties as Receiver;

J.  To pursue, resist and defend all suits, actions, claims and demands which
may now be pending or which may be brought by or asserted against each
Receivership Estate; and,

K.  To take such other action as may be approved by this Court.

### III. Access to Information

7.  The Receivership Parties and the past and/or present officers, directors, agents,

third-party contractors, managers, general and limited partners, trustees, attorneys, accountants

and employees of the Receivership Parties, as well as those acting in their place, are hereby

4

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 35 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 5 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 5 of 39

ordered and directed to preserve and turn over and/or make available at the premises of the

Receivership Parties to the Receiver forthwith all paper and electronic information of, and/or

relating to, the Receivership Parties and/or all Receivership Property; such information shall

include but not be limited to books, records, documents, accounts and all other instruments and

papers.

        8.     Within fifteen (15) days of the entry of this Order, each Receivership Party shall

file with the Court and serve upon the Receiver and the Commission a statement, listing: (a) the

identity, location and estimated value of all known Receivership Property; (b) all employees (and

job titles thereof), other personnel, attorneys, accountants and any other agents or contractors of

the Receivership Party; and, (c) the names, addresses and amounts of claims of all known

creditors of the Receivership Party.

        9.     Within forty-five (45) days of the entry of this Order, each Receivership Party

shall file with the Court and serve upon the Receiver and the Commission a statement and

accounting, with supporting documentation, covering the period from January 1, 2008 to the

present:

        A.    Of all investor funds received by the Receivership Party in any way
            related, directly or indirectly, to the conduct alleged in the Commission's
            Complaint. The submission must clearly identify, among other things: (1)
            the identity of the investors; (2) the securities and/or investments
            (including all investment vehicles offered by TCN) they purchased; (3) the
            date and amount of their investments; (4) the disposition of such funds: (5)
            the amount of earnings or principal paid to each investor (including the
            date of such payments); and (6) the current location of such funds;

        B.    Of every account at every bank, brokerage or other financial institution:
            (a) over which each Receivership Party has signatory authority; and (b)
            opened by, in the name of, or for the benefit of, or used by, the
            Receivership Party;

        C.    Of all credit, bank, charge, debit or other deferred payment card issued to

5

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 36 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 6 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 6 of 39

or used by the Receivership Party, including but not limited to the issuing institution, the card or account number(s), all persons or entities to which a card was issued and/or with authority to use a card, the balance of each account and/or card as of the most recent billing statement, and all statements for the last twelve months;

10.    Within thirty (30) days of the entry of this Order, each Receivership Party shall provide to the Receiver and the Commission copies of the Receivership Party's federal income tax returns for 2008 through 2014 with all relevant and necessary underlying documentation.

11.    The Receivership Parties' past and/or present officers, directors, agents, third-party contractors, attorneys, managers, shareholders, employees, accountants, debtors, creditors, managers and general and limited partners, and other appropriate persons or entities shall answer under oath to the Receiver or any of his designees all questions which the Receiver may put to them and produce all documents as required by the Receiver regarding the businesses of the Receivership Parties, or any other matter relevant to the operation or administration of the receivership or the collection of funds due to the Receivership Parties.  In the event that the Receiver deems it necessary to require the appearance of the aforementioned persons or entities, the Receiver shall make its discovery requests in accordance with the Federal Rules of Civil Procedure.

12.    The Receiver shall have the power to issue subpoenas to compel testimony of persons or production of records, consistent with the Federal Rules of Civil Procedure and applicable Local Rules, except for the provisions of Fed.R.Civ.P. 26(d)(1), concerning any subject matter within the powers and duties granted by this Order.

13.    The Receivership Parties are required to assist the Receiver in fulfilling the Receiver's duties and obligations.  As such, they must respond promptly and truthfully to all requests for information and documents from the Receiver.

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 37 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 7 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 7 of 39

## IV.  <u>Access to Books, Records and Accounts</u>

14.   As of the date of this Order, the Receiver is deemed to have possession of all assets, bank accounts or other financial accounts, books and records and all other documents or instruments relating to the Receivership Parties.  All persons and entities having control, custody or possession of any Receivership Property are hereby directed to turn such property over to the Receiver or, in the case of fiduciary or trust accounts, provide control over such property to the Receiver.

15.   The Receivership Parties, as well as their agents, servants, employees, third-party contractors, attorneys, any persons acting for or on behalf of the Receivership Parties, and any persons receiving notice of this Order by personal service, facsimile transmission or otherwise, having possession of the property, business, books, records, accounts or assets of the Receivership Parties are hereby directed to deliver the same to the Receiver, his agents and/or employees.

16.   All banks, brokerage firms, financial institutions, and other persons or entities which have possession, custody or control of any assets or funds held by, in the name of, or for the benefit of, directly or indirectly, and of the Receivership Parties that receive actual notice of this Order by personal service, facsimile transmission or otherwise shall:

       A.      Not liquidate, transfer, sell, convey or otherwise transfer any assets, securities, funds, annuities, or accounts in the name of or for the benefit of a Receivership Party except upon instructions from the Receiver;

       B.      Not exercise any form of set-off, alleged set-off, lien, or any form of self-help whatsoever, or refuse to transfer any funds or assets to the Receiver's control without the permission of this Court;

       C.      Within five (5) business days of receipt of that notice, file with the Court and serve on the Receiver and counsel for the Commission a certified statement setting forth, with respect to each such account or other asset,

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 38 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 8 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 8 of 39

the balance in the account or description of the assets as of the close of
business on the date of receipt of the notice; and,

D.      Cooperate expeditiously in providing information and transferring funds,
assets and accounts to the Receiver or at the direction of the Receiver.

## V. <u>Access to Real and Personal Property</u>

17.     As of the date of this Order, the Receiver is deemed to have possession of all

personal property of the Receivership Parties, wherever located, including but not limited to

electronically stored information, computers, laptops, hard drives, external storage drives, and

any other such memory, media or electronic storage devices, books, papers, data processing

records, evidence of indebtedness, bank records and accounts, savings records and accounts,

brokerage records and accounts, certificates of deposit, stocks, bonds, debentures, and other

securities and investments, contracts, mortgages, furniture, office supplies and equipment.

18.     As of the date of this Order, the Receiver is deemed to have possession of all real

property of the Receivership Parties, wherever located, including but not limited to all ownership

and leasehold interests and fixtures.  Upon receiving actual notice of this Order by personal

service, facsimile transmission or otherwise, all persons other than law enforcement officials

acting within the course and scope of their official duties, are (without the express written

permission of the Receiver) prohibited from: (a) entering such premises; (b) removing anything

from such premises; or, (c) destroying, concealing or erasing anything on such premises.

19.     In order to execute the express and implied terms of this Order, the Receiver is

authorized to change door locks to the premises described above.  The Receiver shall have

exclusive control of the keys.  The Receivership Parties, or any other person acting or purporting

to act on their behalf, are ordered not to change the locks in any manner, nor to have duplicate

keys made, nor shall they have keys in their possession during the term of the receivership,

8

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 39 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 9 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 9 of 39

unless so authorized by the Receiver or the Court.

20.     The Receiver is authorized to open all mail directed to or received by or at the offices or post office boxes of the Receivership Parties, and to inspect all mail opened prior to the entry of this Order, to determine whether items or information therein fall within the mandates of this Order, excluding mail that is clearly personal mail of individuals.

21.     Upon the request of the Receiver, the United States Marshal Service, in any judicial district, is hereby ordered to assist the Receiver in carrying out the Receiver's duties to take possession, custody and control of, or identify the location of, any assets, records or other materials belonging to each Receivership Estate.

## VI. Notice to Third Parties

22.     The Receiver shall promptly give notice of the Receiver's appointment to all known officers, directors, agents, employees, shareholders, creditors, debtors, managers, third-party contractors, and general and limited partners of the Receivership Parties, as the Receiver deems necessary or advisable to effectuate the operation of the receivership.

23.     All persons and entities owing any obligation, debt, or distribution with respect to an ownership interest to the Receivership Parties shall, until further ordered by this Court, pay all such obligations in accordance with the terms thereof to the Receiver and his receipt for such payments shall have the same force and effect as if the Receivership Parties had received such payment.

24.     In furtherance of his responsibilities in this matter, the Receiver is authorized to communicate with, and/or serve this Order upon, any person, entity or government office that he deems appropriate to inform them of the status of this matter and/or the financial condition of the Receivership Estates.  All government offices which maintain public files of security interests in

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 40 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 10 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 10 of 39

real and personal property shall, consistent with such office's applicable procedures, record this Order upon the request of the Receiver or the SEC.

25.     The Receiver is authorized to instruct the United States Postmaster to hold and/or reroute mail which is related, directly or indirectly, to the business, operations or activities of the Receivership Parties (the "Receiver's Mail"), including all mail addressed to, or for the benefit of, the Receivership Parties.  The Postmaster shall not comply with, and shall immediately report to the Receiver, any change of address or other instruction given by anyone other than the Receiver concerning the Receiver's Mail.  The Receivership Parties shall not open any of the Receiver's Mail and shall immediately turn over such mail, regardless of when received, to the Receiver.  All personal mail and/or any mail appearing to contain privileged information, and/or any mail not falling within the mandate of the Receiver, shall be released to the named addressee by the Receiver.  The foregoing instructions shall apply to any proprietor, whether individual or entity, of any private mail box, depository, business or service, or mail courier or delivery service, hired, rented or used by the Receivership Parties.  The Receivership Parties shall not open a new mailbox, or take any steps or make any arrangements to receive mail in contravention of this Order, whether through the U.S. mail, a private mail depository or courier service.

26.     Subject to payment for services provided, any entity furnishing water, electric, telephone, sewage, garbage or trash removal services to the Receivership Parties shall maintain such service and transfer any such accounts to the Receiver unless instructed to the contrary by the Receiver.

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 41 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 11 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 11 of 39

## VII. Injunction Against Interference with Receiver

27.    The Receivership Parties and all persons receiving notice of this Order by personal service, facsimile or otherwise, are hereby restrained and enjoined from directly or indirectly taking any action or causing any action to be taken, without the express written agreement of the Receiver, which would:

        A.    Interfere with the Receiver's efforts to take control, possession, or management of any Receivership Property; such prohibited actions include but are not limited to, using self-help or executing or issuing or causing the execution or issuance of any court attachment, subpoena, replevin, execution, or other process for the purpose of impounding or taking possession of or interfering with or creating or enforcing a lien upon any Receivership Property;

        B.    Hinder, obstruct or otherwise interfere with the Receiver in the performance of his duties; such prohibited actions include but are not limited to, concealing, destroying or altering records or information;

        C.    Dissipate or otherwise diminish the value of any Receivership Property; such prohibited actions include but are not limited to, releasing claims or disposing, transferring, exchanging, assigning or in any way conveying any Receivership Property, enforcing judgments, assessments or claims against any Receivership Property or the Receivership Parties, attempting to modify, cancel, terminate, call, extinguish, revoke or accelerate (the due date), of any lease, loan, mortgage, indebtedness, security agreement or other agreement executed by the Receivership Parties or which otherwise affects any Receivership Property; or,

        D.    Interfere with or harass the Receiver, or interfere in any manner with the exclusive jurisdiction of this Court over the Receivership Estates.

28.    The Receivership Parties shall cooperate with and assist the Receiver in the performance of the Receiver's duties.

29.    The Receiver shall promptly notify the Court and SEC counsel of any failure or apparent failure of any person or entity to comply in any way with the terms of this Order.

11

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 42 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 12 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 12 of 39

## VIII. <u>Stay of Litigation</u>

30.     As set forth in detail below, the following proceedings, excluding the instant

proceeding and all police or regulatory actions and actions of the Commission related to the

above-captioned enforcement action, are stayed until further Order of this Court:

> All civil legal proceedings of any nature, including, but not limited to, bankruptcy
> proceedings, arbitration proceedings, foreclosure actions, default proceedings, or other
> actions of any nature involving: (a) the Receiver, in his capacity as Receiver; (b) any
> Receivership Property, wherever located; (c) the Receivership Parties, including
> subsidiaries and partnerships and related or affiliated unincorporated entities; or (d) any
> of the Receivership Parties' past or present officers, directors, managers, agents, or
> general or limited partners sued for, or in connection with, any action taken by them
> while acting in such capacity of any nature, whether as plaintiff, defendant, third-party
> plaintiff, third-party defendant, or otherwise (such proceedings are hereinafter referred to
> as "Ancillary Proceedings").

31.     The parties to any and all Ancillary Proceedings are enjoined from commencing

or continuing any such legal proceeding, or from taking any action, in connection with any such

proceeding, including, but not limited to, the issuance or employment of process.

32.     All Ancillary Proceedings are stayed in their entirety, and all Courts having any

jurisdiction thereof are enjoined from taking or permitting any action until further Order of this

Court.  Further, as to a cause of action accrued or accruing in favor of the Receivership Parties

against a third person or party, any applicable statute of limitation is tolled during the period in

which this injunction against commencement of legal proceedings is in effect as to that cause of

action.

## IX. <u>Managing Assets</u>

33.     For each of the Receivership Estates, the Receiver shall establish one or more

custodial accounts at a federally insured bank to receive and hold all cash equivalent

Receivership Property (the "Receivership Funds").

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 43 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 13 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 13 of 39

34.     With the name of the action, the Receiver's deposit accounts shall be entitled: (1) "Receiver's Account, Estate of Summit Trust"; (2) "Receiver's Account, Estate of Trust Counselors Network, Inc."; and (3) "Receiver's Account, Estate of Rampart Fund LP."

35.     The Receiver may, without further Order of this Court, transfer, compromise, or otherwise dispose of any Receivership Property, other than real estate, in the ordinary course of business, on terms and in the manner the Receiver deems most beneficial to the Receivership Estates, and with due regard to the realization of the true and proper value of such Receivership Property.

36.     Subject to Paragraph 37, immediately below, the Receiver is authorized to locate, list for sale or lease, engage a broker for sale or lease, cause the sale or lease, and take all necessary and reasonable actions to cause the sale or lease of all real property in the Receivership Estates, either at public or private sale, on terms and in the manner the Receiver deems most beneficial to the Receivership Estates, and with due regard to the realization of the true and proper value of such real property.

37.     Upon further Order of this Court, pursuant to such procedures as may be required by this Court and additional authority such as 28 U.S.C. §§ 2001 and 2004, the Receiver will be authorized to sell, and transfer clear title to, all real property in the Receivership Estates.

38.     The Receiver is authorized to take all actions to manage, maintain, and/or wind-down business operations of the Receivership Estates, including making legally required payments to creditors, employees, and agents of the Receivership Estates and communicating with vendors, investors, annuitants, governmental and regulatory authorities, and others, as appropriate and choose, engage, and employ attorneys, accountants, appraisers, investigators and other independent contractors and technical specialists as the Receiver deems advisable or

13

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 44 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 14 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 14 of 39

necessary in the performance of the Receiver's duties hereunder.

39.     The Receiver shall take all necessary steps to enable the Receivership Funds to obtain and maintain the status of a taxable "Settlement Fund," within the meaning of Section 468B of the Internal Revenue Code and of the regulations, when applicable, whether proposed, temporary or final, or pronouncements thereunder, including the filing of the elections and statements contemplated by those provisions. The Receiver shall be designated the administrator of each Settlement Fund, pursuant to Treas. Reg. § 1.468B-2(k)(3)(i), and shall satisfy the administrative requirements imposed by Treas. Reg. § 1.468B-2, including but not limited to (a) obtaining a taxpayer identification number, (b) timely filing applicable federal, state, and local tax returns and paying taxes reported thereon, and (c) satisfying any information, reporting or withholding requirements imposed on distributions from the Settlement Fund. The Receiver shall cause each Settlement Fund to pay taxes in a manner consistent with treatment of the Settlement Fund as a "Qualified Settlement Fund." The Receivership Parties shall cooperate with the Receiver in fulfilling the Settlement Funds' obligations under Treas. Reg. § 1.468B-2.

## X. Investigate and Prosecute Claims

40.     Subject to the requirement in Section VII, above, that leave of this Court is required to resume or commence certain litigation, the Receiver is authorized, empowered and directed to investigate, prosecute, defend, intervene in or otherwise participate in, compromise, and/or adjust actions in any state, federal or foreign court or proceeding of any kind as may in his discretion, and in consultation with SEC counsel, be advisable or proper to recover and/or conserve Receivership Property.

41.     Subject to the Receiver's obligation to expend receivership funds in a reasonable and cost-effective manner, the Receiver is authorized, empowered and directed to investigate the

14

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 45 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 15 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 15 of 39

manner in which the financial and business affairs of the Receivership Parties were conducted and (after obtaining leave of this Court) to institute such actions and legal proceedings, for the benefit and on behalf of the Receivership Estate, as the Receiver deems necessary and appropriate; the Receiver may seek, among other legal and equitable relief, the imposition of constructive trusts, disgorgement of profits, asset turnover, avoidance of fraudulent transfers, rescission and restitution, collection of debts, and such other relief from this Court as may be necessary to enforce this Order.  Where appropriate, the Receiver should provide prior notice to Counsel for the Commission before commencing investigations and/or actions.

42.     The Receiver hereby holds, and is therefore empowered to waive, all privileges, including the attorney-client privilege, held by the Receivership Parties.

43.     The Receiver has a continuing duty to ensure that there are no conflicts of interest between the Receiver, the Receiver's Retained Personnel (as that term is defined below), and the Receivership Estates.

## XII. Bankruptcy Filing

44.     The Receiver may seek authorization of this Court to file voluntary petitions for relief under Title 11 of the United States Code (the "Bankruptcy Code") for the Receivership Parties.  If a Receivership Party is placed in bankruptcy proceedings, the Receiver may become, and may be empowered to operate each of the Receivership Estates as, a debtor in possession.  In such a situation, the Receiver shall have all of the powers and duties as provided a debtor in possession under the Bankruptcy Code to the exclusion of any other person or entity.  Pursuant to Paragraph 3 above, the Receiver is vested with management authority for the Receivership Parties and may therefore file and manage a Chapter 11 petition.

45.     The provisions of Section VIII above bar any person or entity, other than the

15

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 46 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 16 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 16 of 39

Receiver, from placing the Receivership Parties in bankruptcy proceedings.

## XII.  Liability of Receiver

46.      Until further Order of this Court, the Receiver shall not be required to post bond

or give an undertaking of any type in connection with the Receiver's fiduciary obligations in this

matter.

47.      The Receiver and his agents, acting within scope of such agency ("Retained

Personnel") are entitled to rely on all outstanding rules of law and Orders of this Court and shall

not be liable to anyone for their own good faith compliance with any order, rule, law, judgment,

or decree.  In no event shall the Receiver or Retained Personnel be liable to anyone for their

good faith compliance with their duties and responsibilities as Receiver or Retained Personnel,

nor shall the Receiver or Retained Personnel be liable to anyone for any actions taken or omitted

by them except upon a finding by this Court that they acted or failed to act as a result of

malfeasance, bad faith, gross negligence, or in reckless disregard of their duties.

48.      This Court shall retain jurisdiction over any action filed against the Receiver or

Retained Personnel based upon acts or omissions committed in their representative capacities.

49.      In the event the Receiver decides to resign, the Receiver shall first give written

notice to the Commission's counsel of record and the Court of its intention, and the resignation

shall not be effective until the Court appoints a successor.  The Receiver shall then follow such

instructions as the Court may provide.

## XIII.  Recommendations and Reports

50.      The Receiver is authorized, empowered and directed to develop a plan for the fair,

reasonable, and efficient recovery of all remaining, recovered, and recoverable Receivership

Property for each Receivership Estate (the "Receivership Plans").  Each Receivership Plan shall

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 47 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 17 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 17 of 39

include a recommendation as to whether or how the Receivership Property should be liquidated and/or distributed.  Each Receivership Plan shall be subject to Court approval.

51.     Within ninety (90) days of the entry date of this Order, the Receiver shall file the Receivership Plans in the above-captioned action, with service copies to counsel of record.

52.     Within thirty (30) days after the end of each calendar quarter, the Receiver shall file and serve a full report and accounting of each Receivership Estate (the "Quarterly Status Report"), reflecting (to the best of the Receiver's knowledge as of the period covered by the report) the existence, value, and location of all Receivership Property, and of the extent of liabilities, both those claimed to exist by others and those the Receiver believes to be legal obligations of the Receivership Estates.

53.     The Quarterly Status Report shall contain the following:

    A.     A summary of the operations of the Receiver;

    B.     The amount of cash on hand, the amount and nature of accrued administrative expenses, and the amount of unencumbered funds in each Receivership Estate;

    C.     A schedule of all the Receiver's receipts and disbursements (attached as Exhibit A to the Quarterly Status Report), with one column for the quarterly period covered and a second column for the entire duration of the receivership;

    D.     A description of all known Receivership Property for each Receivership Estate, including approximate or actual valuations, anticipated or proposed dispositions, and reasons for retaining assets where no disposition is intended;

    E.     A description of liquidated and unliquidated claims held by each Receivership Estate, including the need for forensic and/or investigatory resources; approximate valuations of claims; and anticipated or proposed methods of enforcing such claims (including likelihood of success in: (i) reducing the claims to judgment; and, (ii) collecting such judgments);

    F.     A list of all known creditors with their addresses and the amounts of their

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 48 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 18 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 18 of 39

claims;

G.   The status of Creditor Claims Proceedings, after such proceedings have been commenced; and,

H.   The Receiver's recommendations for a continuation or discontinuation of the receivership and the reasons for the recommendations.

54.   On the request of the Commission, the Receiver shall provide the Commission with any documentation that the Commission deems necessary to meet his reporting requirements, that is mandated by statute or Congress, or that is otherwise necessary to further the Commission's mission.

## XIV. Fees, Expenses and Accountings

55.   Subject to Paragraphs 56 – 62 below, the Receiver need not obtain Court approval prior to the disbursement of Receivership Funds for expenses in the ordinary course of the administration and operation of each Receivership Estate. Further, prior Court approval is not required for payments of applicable federal, state or local taxes.

56.   Subject to Paragraph 57 immediately below, the Receiver is authorized to solicit persons and entities ("Retained Personnel") to assist the Receiver in carrying out the duties and responsibilities described in this Order. Such anticipated Retained Personnel and their rates must be included as an attachment to Exhibit 1 to this Order (i.e., the "Billing Instructions"), as described in Paragraph 57 below.

57.   The Receiver and Retained Personnel are entitled to reasonable compensation and expense reimbursement from each Receivership Estate for work performed on each Receivership Estate as described in the "Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission" (the "Billing Instructions"), attached as Exhibit 1, agreed to by the Receiver. Such compensation shall require the prior approval of the Court as

18

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 49 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 19 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 19 of 39

described below.

58.     Within forty-five (45) days after the end of each calendar quarter, the Receiver

and Retained Personnel shall apply to the Court for compensation and expense reimbursement

from the Receivership Estates (the "Quarterly Fee Applications").  At least thirty (30) days prior to

filing each Quarterly Fee Application with the Court, the Receiver will serve upon counsel for the SEC

a complete copy of the proposed Quarterly Fee Application, together with all exhibits and relevant

billing information in a format to be provided by SEC staff.

59.     All Quarterly Fee Applications will be interim and will be subject to cost benefit

and final reviews at the close of the receivership.  At the close of the receivership, the Receiver

will file a final fee application, describing in detail the costs and benefits associated with all

litigation and other actions pursued by the Receiver during the course of the receivership.

60.     Quarterly Fee Applications may be subject to a holdback in the amount of 20% of

the amount of fees and expenses for each application filed with the Court.  The total amounts

held back during the course of the receivership will be paid out at the discretion of the Court as

part of the final fee application submitted at the close of the receivership.

61.     Each Quarterly Fee Application shall:

     A.     Comply with the terms of the Billing Instructions agreed to by the
         Receiver; and,

     B.     Contain representations (in addition to the Certification required by the
         Billing Instructions) that: (i) the fees and expenses included therein were
         incurred in the best interests of the Receivership Estates; and, (ii) with the
         exception of the Billing Instructions, the Receiver has not entered into any
         agreement, written or oral, express or implied, with any person or entity
         concerning the amount of compensation paid or to be paid from the
         Receivership Estates, or any sharing thereof.

19

Case 2:15-cv-05843-CMR   Document 87   Filed 10/05/21   Page 50 of 77
Case 2:15-cv-05843-JCJ   Document 16   Filed 11/25/15   Page 20 of 20
Case 2:15-cv-05843-JCJ   Document 15-2   Filed 11/19/15   Page 20 of 39

62.     At the close of the receivership, the Receiver shall submit a Final Accounting, in a

format to be provided by SEC staff, as well as the Receiver's final application for compensation

and expense reimbursement.

**IT IS SO ORDERED, this** 24ᵗʰ **day of** November, **2015**

_____
**UNITED STATES DISTRICT JUDGE**

20

# EXHIBIT B-1

United States District Court - Summit - 163540                    ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)

**Client**  163450  United States District Court - Summit Trust  Production Partner: Ricardo Zayas
  U.S. Magistrate Judge Philadelphia, PA 19106  Main Client Name:  United States District Court - Summit Trust
**Engagement**  10125702  ADV - 2015 - SEC v. Summit Trust Co. - United States District Court

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|---|---|---|---|---|---|---|
| 7/7/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services Tax deadline extension / QuickBooks review | 0.50 | $275.00 | $137.50 |
| 7/8/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.50 | $275.00 | $137.50 |
| 7/9/2020 | Patrick Rogers | Accounting and Auditing | 1120SF and 1120 Compliance Services Tax extension and e-file roll | 2.00 | $275.00 | $550.00 |
| 7/10/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.30 | $275.00 | $82.50 |
| 7/13/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.50 | $275.00 | $137.50 |
| 7/14/2020 | Patrick Rogers | Accounting and Auditing | Tax Compliance Services | 1.50 | $275.00 | $412.50 |
| 7/15/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.50 | $275.00 | $137.50 |
| 9/17/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 1.00 | $275.00 | $275.00 |
| 9/21/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services tax prep | 2.00 | $275.00 | $550.00 |
| 9/22/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 2.00 | $275.00 | $550.00 |
| 9/23/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 1.75 | $275.00 | $481.25 |
| 9/24/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 2.00 | $275.00 | $550.00 |
| 9/25/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 1.00 | $275.00 | $275.00 |
| 9/28/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 1.00 | $275.00 | $275.00 |
| 10/9/2020 | Patrick Rogers | Accounting and Auditing | Tax Compliance Services | 4.00 | $275.00 | $1,100.00 |
| 10/13/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 2.00 | $275.00 | $550.00 |
| 10/14/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services Summit Trust CO 1120, Rampart QSF, TCN QSF, STC QSF. Tax returns and QB analysis/adjustments | 6.00 | $275.00 | $1,650.00 |
| 10/15/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 2.75 | $275.00 | $756.25 |
| 10/27/2020 | Christopher J. Jud | Accounting and Auditing | Compliance Services | 2.50 | $260.00 | $650.00 |
| 11/18/2020 | Christopher J. Jud | Accounting and Auditing | Compliance Services - calls w/ Nicole & RJ Back office regarding liquidation of Summit A/C | 1.00 | $260.00 | $260.00 |
| 11/24/2020 | Christopher J. Jud | Accounting and Auditing | Compliance Services - liquidation of remaining bonds for Summit Trust | 1.00 | $260.00 | $260.00 |
| 12/9/2020 | Christopher J. Jud | Accounting and Auditing | Compliance Services - liquidation of Summit Mutual Funds | 1.00 | $260.00 | $260.00 |
| 12/10/2020 | Christopher J. Jud | Accounting and Auditing | Compliance Services - liquidation of worthless Summit securities | 0.50 | $260.00 | $130.00 |
| 12/15/2020 | Christopher J. Jud | Accounting and Auditing | Compliance Services - calls w/ RJ Trading & Nicole; RE Worthless Securities | 0.50 | $260.00 | $130.00 |
| 1/13/2021 | Christopher J. Jud | Accounting and Auditing | Liquidation of Assets / Star Email w/ R. Zayas (Summit) | 0.50 | $260.00 | $130.00 |
| 1/14/2021 | Carrie Goodman | Accounting and Auditing | 1099s | 1.25 | $175.00 | $218.75 |
| 1/27/2021 | Carrie Goodman | Accounting and Auditing | 1099s | 0.25 | $175.00 | $43.75 |
| 1/27/2021 | Korah Sabu | Accounting and Auditing | 1099 Prep from Tax Dept. Multiple issues with data file. Contact with IT and multiple calls to process 1099-R. | 1.00 | $145.00 | $145.00 |
| 1/28/2021 | Korah Sabu | Accounting and Auditing | 1099 | 0.75 | $145.00 | $108.75 |
| 1/29/2021 | Korah Sabu | Accounting and Auditing | 1099 | 0.25 | $145.00 | $36.25 |
| 2/18/2021 | Korah Sabu | Accounting and Auditing | Call with IT. 1099 Amendment. Had to amend each individual 1099 (64 total). | 1.50 | $145.00 | $217.50 |
| 2/19/2021 | Carrie Goodman | Accounting and Auditing | 1099s | 0.75 | $175.00 | $131.25 |
| 2/19/2021 | Korah Sabu | Accounting and Auditing | 1099 Amendment - Talking with IT after Nicole's changes | 0.50 | $145.00 | $72.50 |
| 3/19/2021 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.50 | $275.00 | $137.50 |
| 4/2/2021 | Carrie Goodman | Accounting and Auditing | 1099s | 0.25 | $175.00 | $43.75 |

United States District Court - Summit - 163540                    ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)

| Client | 163450 | United States District Court - Summit Trust | | Production Partner: Ricardo Zayas |
|---|---|---|---|---|
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | | Main Client Name:   United States District Court - Summit Trust |
| Engagement | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|---|---|---|---|---|---|---|
| 4/2/2021 | Kaeleigh Kapr | Accounting and Auditing | Edit 1099 information | 0.50 | $80.00 | $40.00 |
| 4/2/2021 | Korah Sabu | Accounting and Auditing | Finishing 1099 | 0.75 | $145.00 | $108.75 |
| 4/5/2021 | Carrie Goodman | Accounting and Auditing | 1099s | 0.25 | $175.00 | $43.75 |
| 4/5/2021 | Carrie Goodman | Accounting and Auditing | 1099s | -0.25 | $175.00 | -$43.75 |
| 4/13/2021 | Carrie Goodman | Accounting and Auditing | 1099 corrected issues | 0.50 | $175.00 | $87.50 |
| 4/15/2021 | Patrick Rogers | Accounting and Auditing | Compliance Services | 2.00 | $275.00 | $550.00 |
| 4/22/2021 | Patrick Rogers | Accounting and Auditing | Compliance Services | 2.50 | $275.00 | $687.50 |
| 4/30/2021 | Patrick Rogers | Accounting and Auditing | Compliance Services | 2.75 | $275.00 | $756.25 |
| 1/30/2021 | Kati L Allison-Boughton | Asset Analysis and Recove | Research for addresses, phone, emails and confirmation of DOD | 2.15 | $290.00 | $623.50 |
| 7/1/2020 | Nicole Donecker | Business Operations | Review of fee app | 0.30 | $290.00 | $87.00 |
| 7/1/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 0.40 | $360.00 | $144.00 |
| 7/2/2020 | Nicole Donecker | Business Operations | Preparation of trust resignation letters; preparation of document to deliver to new trustee | 0.80 | $290.00 | $232.00 |
| 7/2/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 0.80 | $360.00 | $288.00 |
| 7/7/2020 | Nicole Donecker | Business Operations | Transfer of accounts; phone consult with STC client | 0.50 | $290.00 | $145.00 |
| 7/8/2020 | Nicole Donecker | Business Operations | Review of vendor payments and outstanding payables | 0.30 | $290.00 | $87.00 |
| 7/9/2020 | Nicole Donecker | Business Operations | Preparation of trust resignation letters | 3.40 | $290.00 | $986.00 |
| 7/10/2020 | Nicole Donecker | Business Operations | Preparation of trust resignation letters; review of open client accounts | 6.30 | $290.00 | $1,827.00 |
| 7/13/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 0.20 | $360.00 | $72.00 |
| 7/14/2020 | Nicole Donecker | Business Operations | Preparation of documents requested by SEC; review of accounts for closure and preparation of contact with clients | 2.20 | $290.00 | $638.00 |
| 7/15/2020 | Nicole Donecker | Business Operations | Preparation of trust resignation letters; preparation of account transfers; preparation of account closures and distributions | 6.40 | $290.00 | $1,856.00 |
| 7/15/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 0.50 | $360.00 | $180.00 |
| 7/17/2020 | Nicole Donecker | Business Operations | Phone Consultation with trust company to transfer trusts; phone consult with STC client; preparation of email to ACTC re: status of client account | 0.50 | $290.00 | $145.00 |
| 7/21/2020 | Nicole Donecker | Business Operations | Preparation of account transfers and closures; review of client accounts | 1.40 | $290.00 | $406.00 |
| 7/21/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; DFA reconciliation; closing order; Avalon follow-up | 1.45 | $360.00 | $522.00 |
| 7/22/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; communicate with Leaver | 0.20 | $360.00 | $72.00 |
| 7/23/2020 | Nicole Donecker | Business Operations | Review of fee apps and draft orders; download bank statements; review and research of client accounts | 3.50 | $290.00 | $1,015.00 |
| 7/23/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; telecon Leaver; research DFA accounts; closing issues | 2.50 | $360.00 | $900.00 |
| 7/24/2020 | Nicole Donecker | Business Operations | Update of QuickBooks; research and review of accounts to closures; review of cash balances in accounts | 3.00 | $290.00 | $870.00 |
| 7/27/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; telecon Burr firm re: Christy | 0.25 | $360.00 | $90.00 |
| 7/28/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 0.50 | $360.00 | $180.00 |

United States District Court - Summit - 163540                    ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)

| Client | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
|---|---|---|---|
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit Trust |
| Engagement | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|---|---|---|---|---|---|---|
| 8/5/2020 | Nicole Donecker | Business Operations | Review of account transfers; review of mail; review of correspondence with Unation/High Street; review of client accounts | 1.90 | $290.00 | $551.00 |
| 8/6/2020 | Nicole Donecker | Business Operations | Retrieval of documents from storage unit; review of accounts to close; preparation of transmittal letter to transfer documents | 4.00 | $290.00 | $1,160.00 |
| 8/6/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 0.20 | $360.00 | $72.00 |
| 8/7/2020 | Nicole Donecker | Business Operations | Review of accounts to be closed; preparation of list of cash distributions to clients; review of Dominion Financial documents to deliver to government | 7.90 | $290.00 | $2,291.00 |
| 8/7/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 1.50 | $360.00 | $540.00 |
| 8/12/2020 | Nicole Donecker | Business Operations | Review of fee applications; review of accounts for closure; preparation of communication investment issuer | 1.10 | $290.00 | $319.00 |
| 8/12/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; closing issues; unration | 1.75 | $360.00 | $630.00 |
| 8/13/2020 | Nicole Donecker | Business Operations | Phone Consultation - call with STC client re: transfer of account | 0.30 | $290.00 | $87.00 |
| 8/13/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; Unation issues and Misc | 0.60 | $360.00 | $216.00 |
| 8/13/2020 | Nicole Donecker | Business Operations | Review of email to Unation/High Street; preparation of email and statement to STC client; review of accounts for closure | 1.00 | $290.00 | $290.00 |
| 8/14/2020 | Nicole Donecker | Business Operations | Review of accounts to be closed; preparation of list of cash distributions to clients; meeting with R. Zayas re: account closures and fees | 5.40 | $290.00 | $1,566.00 |
| 8/14/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; closing issues | 0.75 | $360.00 | $270.00 |
| 8/18/2020 | Nicole Donecker | Business Operations | Preparation of client accounts for closure; preparation of response to Unation/High Street; preparation of distribution letters | 1.50 | $290.00 | $435.00 |
| 8/19/2020 | Nicole Donecker | Business Operations | Review of transfer documents; review of client accounts; preparation of schedule of accounts to close; reconciliation of client account | 4.00 | $290.00 | $1,160.00 |
| 8/19/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 1.10 | $360.00 | $396.00 |
| 8/20/2020 | Nicole Donecker | Business Operations | Preparation of disbursements and closure of accounts; phone consult with J. Bartoletta and R. Zayas re: closure and transfer of accounts; preparation of accounting closing correspondence | 7.50 | $290.00 | $2,175.00 |
| 8/20/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; telecon Bartoletta; review DFA; close selected accounts; research dormant accounts | 2.60 | $360.00 | $936.00 |
| 8/21/2020 | Nicole Donecker | Business Operations | Preparation of disbursements and closure of accounts; preparation of accounting closing correspondence | 4.40 | $290.00 | $1,276.00 |
| 8/25/2020 | Christopher J. Jud | Business Operations | Research & Transfer Work regarding FSK | 1.50 | $290.00 | $435.00 |

United States District Court - Summit - 163540      ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)

| Client | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
|---|---|---|---|
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit Trust |
| Engagement | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|---|---|---|---|---|---|---|
| 8/25/2020 | Nicole Donecker | Business Operations | Preparation of account transfer; review of client assets; contact clients with account closures; preparation of documents for property transfers from accounts; phone consult with C. Jud re: assets in RJ account; general business operations | 3.00 | $290.00 | $870.00 |
| 8/25/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; execute documents for STC clients; review DFA accounts | 1.30 | $360.00 | $468.00 |
| 8/26/2020 | Nicole Donecker | Business Operations | Preparation of closure of accounts; reconciliation of client account; respond to STC client inquiries | 1.90 | $290.00 | $551.00 |
| 8/27/2020 | Nicole Donecker | Business Operations | Preparation of account closures and disbursements; review of client accounts; contact with account holders | 3.00 | $290.00 | $870.00 |
| 8/27/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; Hoddinott banking; telecon McGarrigle; review Unation status | 1.00 | $360.00 | $360.00 |
| 8/28/2020 | Nicole Donecker | Business Operations | Preparation of account closures and disbursements; review of client accounts; contact with account holders | 5.70 | $290.00 | $1,653.00 |
| 9/1/2020 | Nicole Donecker | Business Operations | Preparation of client account closures and transfers; phone consult with clients; phone consult with potential new trustee | 3.20 | $290.00 | $928.00 |
| 9/2/2020 | Nicole Donecker | Business Operations | Review of accounts for closure; preparation of disbursements of accounts; phone consult with STC clients; preparation of vendor payment | 3.00 | $290.00 | $870.00 |
| 9/2/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; Hoddinott Returns | 0.50 | $360.00 | $180.00 |
| 9/8/2020 | Nicole Donecker | Business Operations | Reconciliation of client account; review of client account | 0.60 | $290.00 | $174.00 |
| 9/8/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 0.25 | $360.00 | $90.00 |
| 9/9/2020 | Nicole Donecker | Business Operations | Phone consult with STC clients; research of client accounts; closure of accounts; reconcile of client account; update QuickBooks | 4.50 | $290.00 | $1,305.00 |
| 9/9/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; research DFA accounts; review storage issues. | 3.20 | $360.00 | $1,152.00 |
| 9/10/2020 | Nicole Donecker | Business Operations | Preparation of client account closures and distributions; phone consult with STC clients and advisors; research of client accounts; reconciliation of client account | 3.40 | $290.00 | $986.00 |
| 9/10/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; communicate with DFA clients; letters; closing orders | 0.60 | $360.00 | $216.00 |
| 9/11/2020 | Nicole Donecker | Business Operations | Preparation of closure and distribution of accounts; phone consult with STC clients | 2.20 | $290.00 | $638.00 |
| 9/11/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; revise order language; review NMC situation; DFA letters | 0.75 | $360.00 | $270.00 |
| 9/14/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; review orders | 0.90 | $360.00 | $324.00 |
| 9/15/2020 | Nicole Donecker | Business Operations | Review and reconciliation of client account; phone consult with clients and custodians; research of client accounts | 1.60 | $290.00 | $464.00 |
| 9/15/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; revise orders; Pacira research; telecon Krepto | 1.45 | $360.00 | $522.00 |

**United States District Court - Summit - 163540**　　　　**ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)**

| Client | 163450 | United States District Court - Summit Trust | Production Partner:  Ricardo Zayas |
| --- | --- | --- | --- |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit Trust |
| Engagement | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 9/16/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; property sale docs; McKenna DFA account | 0.30 | $360.00 | $108.00 |
| 9/17/2020 | Nicole Donecker | Business Operations | Preparation of account distribution and closures; review and research of STC client accounts; phone consult with client | 3.40 | $290.00 | $986.00 |
| 9/17/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; DFA accounts | 0.65 | $360.00 | $234.00 |
| 9/18/2020 | Nicole Donecker | Business Operations | Preparation of account closures and distributions; research of account holdings; research of client accounts; respond to STC client inquiries | 4.10 | $290.00 | $1,189.00 |
| 9/22/2020 | Nicole Donecker | Business Operations | Preparation of account closures and distributions; review of assets for retitling; review of client investment holdings; review of client accounts | 6.10 | $290.00 | $1,769.00 |
| 9/22/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; revise orders; DFA issues | 0.70 | $360.00 | $252.00 |
| 9/23/2020 | Nicole Donecker | Business Operations | Clean out of STC / TCN storage unit; research of STC client account | 1.30 | $290.00 | $377.00 |
| 9/23/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; telecon Haines re: Cristy Trust | 0.25 | $360.00 | $90.00 |
| 9/24/2020 | Nicole Donecker | Business Operations | Preparation of client account closures and disbursement; reconciliation of client account; phone consult with clients and advisors; research of client accounts | 4.00 | $290.00 | $1,160.00 |
| 9/24/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; Pacira stock issue; research closing issues | 1.20 | $360.00 | $432.00 |
| 9/24/2020 | Nicole Donecker | Business Operations | Preparation of payment to vendors; review of outstanding fee applications | 1.25 | $290.00 | $362.50 |
| 9/25/2020 | Nicole Donecker | Business Operations | Reconciliation of client account; review and research of client accounts; phone consult with client advisors | 0.70 | $290.00 | $203.00 |
| 9/29/2020 | Nicole Donecker | Business Operations | Preparation of transfer paperwork for STC client assets; reconciliation of client account | 1.30 | $290.00 | $377.00 |
| 9/29/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; address Cristy trust issues | 0.25 | $360.00 | $90.00 |
| 9/30/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; DFA issues; search for clients | 0.70 | $360.00 | $252.00 |
| 10/1/2020 | Nicole Donecker | Business Operations | Phone Consultation with D. Park, P. Durrant and R. Zayas re: update of receivership | 0.30 | $290.00 | $87.00 |
| 10/1/2020 | Nicole Donecker | Business Operations | Reconciliation of client account; phone consult with client advisors | 1.00 | $290.00 | $290.00 |
| 10/1/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; closing issues; telecon Park ACTC | 0.60 | $360.00 | $216.00 |
| 10/2/2020 | Nicole Donecker | Business Operations | Preparation of account closures and disbursements; reconciliation of client account; research of client accounts | 2.30 | $290.00 | $667.00 |
| 10/6/2020 | Nicole Donecker | Business Operations | Preparation of account distributions; reconciliation of client account; review of client accounts; phone consult with STC client | 1.70 | $290.00 | $493.00 |

United States District Court - Summit - 163540      ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)

| | | | |
|---|---|---|---|
| **Client** | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name: United States District Court - Summit Trust |
| **Engagement** | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|---|---|---|---|---|---|---|
| 10/7/2020 | Nicole Donecker | Business Operations | Preparation of account distributions and closures; preparation of contact letters to open accounts; reconciliation of client account | 2.30 | $290.00 | $667.00 |
| 10/8/2020 | Nicole Donecker | Business Operations | Review of client accounts; preparation of open account list; contact of clients re: open accounts | 1.20 | $290.00 | $348.00 |
| 10/8/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 0.20 | $360.00 | $72.00 |
| 10/9/2020 | Nicole Donecker | Business Operations | Preparation of account closures and distributions; reconciliation of client account; preparation of open account for SEC; review and research of client accounts | 4.75 | $290.00 | $1,377.50 |
| 10/12/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 0.10 | $360.00 | $36.00 |
| 10/13/2020 | Nicole Donecker | Business Operations | Reconciliation of client account; preparation of cash on hand and securities analysis; preparation of account transfers and closures | 4.10 | $290.00 | $1,189.00 |
| 10/13/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 0.30 | $360.00 | $108.00 |
| 10/13/2020 | Nicole Donecker | Business Operations | Phone consult with Delaware Funds re: close account; preparation of letter of instruction | 1.20 | $290.00 | $348.00 |
| 10/14/2020 | Nicole Donecker | Business Operations | Reconcile client account | 0.10 | $290.00 | $29.00 |
| 10/15/2020 | Nicole Donecker | Business Operations | Review of Diversified Financing promissory notes | 1.25 | $290.00 | $362.50 |
| 10/16/2020 | Nicole Donecker | Business Operations | Client account reconciliation; close and transfer accounts | 1.30 | $290.00 | $377.00 |
| 10/16/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; review closing issues with Krepto | 0.75 | $360.00 | $270.00 |
| 10/16/2020 | Ricardo Zayas | Business Operations | Review NCM document request | 0.30 | $360.00 | $108.00 |
| 10/20/2020 | Nicole Donecker | Business Operations | SUMMIT 10125702 - Research of client account; reconciliation of client bank account | 0.90 | $290.00 | $261.00 |
| 10/21/2020 | Nicole Donecker | Business Operations | SUMMIT 10125702 - Identification of client documents; review of investments; preparation of open account list for SEC; phone consult with new custodian | 1.40 | $290.00 | $406.00 |
| 10/22/2020 | Nicole Donecker | Business Operations | SUMMIT 10125702 - Preparation of open account list for SEC; research of client held assets | 4.10 | $290.00 | $1,189.00 |
| 10/22/2020 | Ricardo Zayas | Business Operations | Review and respond to TD inquiry (STC) | 0.20 | $360.00 | $72.00 |
| 10/23/2020 | Ricardo Zayas | Business Operations | Review (STC) | 0.20 | $360.00 | $72.00 |
| 10/23/2020 | Nicole Donecker | Business Operations | SUMMIT 10125702 - Preparation of open account list for SEC; research of client account; preparation of account transfers | 4.10 | $290.00 | $1,189.00 |
| 10/26/2020 | Ricardo Zayas | Business Operations | Review Cristy engagement letter. | 0.10 | $360.00 | $36.00 |
| 10/27/2020 | Ricardo Zayas | Business Operations | Review Cristy retention letter | 0.40 | $360.00 | $144.00 |
| 10/27/2020 | Nicole Donecker | Business Operations | SUMMIT 10125702 - Preparation of open account to transfer to SEC; preparation of account transfers; research of accounts; research of assets | 2.10 | $290.00 | $609.00 |
| 10/28/2020 | Nicole Donecker | Business Operations | SUMMIT 10125702 - Preparation of open account list for SEC; review and research client accounts | 4.00 | $290.00 | $1,160.00 |
| 10/28/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; closing issues | 0.50 | $360.00 | $180.00 |
| 10/29/2020 | Nicole Donecker | Business Operations | Preparation of account transfers and distributions; review and research of client accounts | 2.70 | $290.00 | $783.00 |

United States District Court - Summit - 163540                    ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)

| Client | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:   United States District Court - Summit Trust |
| Engagement | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|------|---------------|--------------------|-------------|---------------|----------------|--------|
| 10/29/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; Star Scientific issues | 0.10 | $360.00 | $36.00 |
| 10/29/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; viaticals issue | 0.10 | $360.00 | $36.00 |
| 10/30/2020 | Nicole Donecker | Business Operations | Preparation of open account list for SEC; research of client accounts; payment to vendor | 3.75 | $290.00 | $1,087.50 |
| 11/4/2020 | Nicole Donecker | Business Operations | Preparation of account transfers; deposit of funds | 0.80 | $290.00 | $232.00 |
| 11/4/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; trinity property issue | 0.10 | $360.00 | $36.00 |
| 11/5/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; Cristy Trust; NC Mutual status | 0.20 | $360.00 | $72.00 |
| 11/6/2020 | Nicole Donecker | Business Operations | Preparation of account transfer and closures; research of client accounts; phone consult with STC client | 1.25 | $290.00 | $362.50 |
| 11/6/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; Cristy | 0.20 | $360.00 | $72.00 |
| 11/10/2020 | Nicole Donecker | Business Operations | Reconcile client account | 0.30 | $290.00 | $87.00 |
| 11/10/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance | 0.20 | $360.00 | $72.00 |
| 11/11/2020 | Nicole Donecker | Business Operations | Review of electronic documents to identify prior production; review of draft deposition topics; reconcile client account; update of client investment holdings | 4.20 | $290.00 | $1,218.00 |
| 11/11/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; telecon Krepto re: North Carolina issue | 0.80 | $360.00 | $288.00 |
| 11/12/2020 | Nicole Donecker | Business Operations | Update of client investment holdings; preparation of schedule instructions for holdings | 2.60 | $290.00 | $754.00 |
| 11/12/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; Cristy and NCM | 0.25 | $360.00 | $90.00 |
| 11/13/2020 | Nicole Donecker | Business Operations | Preparation of account closure and distribution; preparation of contact to STC clients re: outstanding checks | 1.30 | $290.00 | $377.00 |
| 11/16/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; telecon Haines re: Cristy | 0.25 | $360.00 | $90.00 |
| 11/18/2020 | Nicole Donecker | Business Operations | STC 10125702 - Preparation of client payment; review of client accounts; reconciliation of client account; phone consult with R. Zayas re: investment holdings; phone consult with C. Jud sale of investment holdings | 1.60 | $290.00 | $464.00 |
| 11/19/2020 | Ricardo Zayas | Business Operations | Review Las Vegas box issue | 0.20 | $360.00 | $72.00 |
| 11/19/2020 | Nicole Donecker | Business Operations | STC 10125702 - Preparation of banking for STC; payment on behalf of STC client; phone consult with Bank of Nevada re: bank box; review of bank box records | 1.60 | $290.00 | $464.00 |
| 11/20/2020 | Ricardo Zayas | Business Operations | Review lock box in NV issue and DFA clients | 0.25 | $360.00 | $90.00 |
| 11/20/2020 | Nicole Donecker | Business Operations | STC 10125702 - Phone consult with STC client; research of STC client account; preparation of unclaimed property forms | 1.10 | $290.00 | $319.00 |
| 11/23/2020 | Nicole Donecker | Business Operations | STC 10125702 - Phone consult with STC client; research of STC client account; preparation of unclaimed property forms | 1.10 | $290.00 | $319.00 |
| 11/23/2020 | Nicole Donecker | Business Operations | STC 10125702 - Review of client distribution; preparation of correspondence with STC client | -0.85 | $290.00 | -$246.50 |
| 11/24/2020 | Ricardo Zayas | Business Operations | Review and finalize 2601 documents | 0.20 | $360.00 | $72.00 |

**United States District Court - Summit - 163540**          **ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)**

| Client | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
| --- | --- | --- | --- |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit Trust |
| Engagement | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 11/24/2020 | Nicole Donecker | Business Operations | STC 10125702 - Preparation of correspondence with STC Clients | 0.20 | $290.00 | $58.00 |
| 12/1/2020 | Ricardo Zayas | Business Operations | Review viatical issue (STC) | 0.20 | $360.00 | $72.00 |
| 12/1/2020 | Nicole Donecker | Business Operations | STC 10125702 - Reconciliation of client account; preparation of client distributions; preparation of vendor payment; phone consult with client representative | 1.25 | $290.00 | $362.50 |
| 12/2/2020 | Ricardo Zayas | Business Operations | Review NMC issue; telecon Williams Mullen (STC) | 0.50 | $360.00 | $180.00 |
| 12/2/2020 | Nicole Donecker | Business Operations | STC 10125702 - Preparation of account distribution and closing; Preparation of mailings to former STC clients; review of client accounts | 1.20 | $290.00 | $348.00 |
| 12/3/2020 | Nicole Donecker | Business Operations | STC 10125702 - review of document; respond to ACTC | 0.20 | $290.00 | $58.00 |
| 12/8/2020 | Nicole Donecker | Business Operations | STC 10125702 - Preparation of package for ACTC; review of client account | 0.70 | $290.00 | $203.00 |
| 12/10/2020 | Ricardo Zayas | Business Operations | Review Star issue | 0.20 | $360.00 | $72.00 |
| 12/10/2020 | Nicole Donecker | Business Operations | STC 10125702 - Review and research of client account (Baylin); review of title change documents for client account | 1.75 | $290.00 | $507.50 |
| 12/11/2020 | Nicole Donecker | Business Operations | STC 10125702 - Preparation of response to ACTC re: Star Scientific | 0.60 | $290.00 | $174.00 |
| 12/15/2020 | Nicole Donecker | Business Operations | STC 10125702 - Review of electronic documents to identify investment holding documentation; phone consult with C. Jud re: available documentation | 2.40 | $290.00 | $696.00 |
| 1/5/2021 | Nicole Donecker | Business Operations | Review of investment account sales and attribute proceeds to proper client accounts; preparation of correspondence to STC clients; phone consult with STC clients | 4.80 | $290.00 | $1,392.00 |
| 1/6/2021 | Nicole Donecker | Business Operations | Preparation of form 1099; general business operations | 2.90 | $290.00 | $841.00 |
| 1/7/2021 | Nicole Donecker | Business Operations | Preparation of account closures and distributions; client account reconciliation | 2.60 | $290.00 | $754.00 |
| 1/8/2021 | Nicole Donecker | Business Operations | Preparation of form 1099; preparation of QuickBooks files; review of bank activity | 4.10 | $290.00 | $1,189.00 |
| 1/12/2021 | Nicole Donecker | Business Operations | Phone consult with client counsel re: transfer of trusts | 0.60 | $290.00 | $174.00 |
| 1/12/2021 | Nicole Donecker | Business Operations | Review and reconciliation of Star Scientific shares; preparation of correspondence re: sale of Star shares; preparation of transfer form; preparation of PA UC correspondence; phone consult with STC client | 4.20 | $290.00 | $1,218.00 |
| 1/12/2021 | Ricardo Zayas | Business Operations | Star documents | 0.40 | $360.00 | $144.00 |
| 1/13/2021 | Nicole Donecker | Business Operations | Preparation of account transfer; phone consult with STC client re: fee payment; preparation of correspondence re: Star Scientific | 1.90 | $290.00 | $551.00 |
| 1/13/2021 | Ricardo Zayas | Business Operations | Star Scientific | 0.70 | $360.00 | $252.00 |
| 1/14/2021 | Nicole Donecker | Business Operations | Preparation of accounts for closure; review and research of client accounts; phone consult with STC clients; preparation of transfer forms; reconciliation of cash | 4.00 | $290.00 | $1,160.00 |

United States District Court - Summit - 163540          ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)

| Client | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
|---|---|---|---|
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit Trust |
| Engagement | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|---|---|---|---|---|---|---|
| 1/15/2021 | Nicole Donecker | Business Operations | Review of accounts to close; phone consult with STC clients; preparation of account transfers; cash reconciliation | 1.60 | $290.00 | $464.00 |
| 1/19/2021 | Nicole Donecker | Business Operations | Phone consult with R. Gordon, B. Theisen and R. Zayas re: Star Scientific stock | 0.75 | $290.00 | $217.50 |
| 1/19/2021 | Ricardo Zayas | Business Operations | Telecon re: disposition of Star Scientific shares | 0.75 | $360.00 | $270.00 |
| 1/20/2021 | Nicole Donecker | Business Operations | Phone consult with STC client | 0.10 | $290.00 | $29.00 |
| 1/22/2021 | Nicole Donecker | Business Operations | Preparation of account closures and distributions; review of account closures; preparation of client correspondence | 3.60 | $290.00 | $1,044.00 |
| 1/26/2021 | Nicole Donecker | Business Operations | Preparation of open account letters; preparation of account transfer; review of SEC documents | 3.40 | $290.00 | $986.00 |
| 1/26/2021 | Ricardo Zayas | Business Operations | Cristy communication; IRS forms 1099 | 1.10 | $360.00 | $396.00 |
| 1/27/2021 | Nicole Donecker | Business Operations | Preparation of form 1099; review of SEC motions; preparation of stops payments; reconciliation of bank account; review of open accounts | 1.70 | $290.00 | $493.00 |
| 1/27/2021 | Ricardo Zayas | Business Operations | review order; review Cristy issue | 0.65 | $360.00 | $234.00 |
| 1/28/2021 | Nicole Donecker | Business Operations | Review of form 1099; preparation of email to open accounts; phone consult with STC clients; research of assets | 2.90 | $290.00 | $841.00 |
| 1/29/2021 | Nicole Donecker | Business Operations | Review of form 1099; preparation of client statement; phone consult with STC clients; preparation of list of STC clients for contact information search | 2.80 | $290.00 | $812.00 |
| 1/30/2021 | Nicole Donecker | Business Operations | Payment of vendor | 0.30 | $290.00 | $87.00 |
| 2/2/2021 | Nicole Donecker | Business Operations | Review and preparation of STC client emails; review of Star account holders; phone consult with STC clients | 2.00 | $290.00 | $580.00 |
| 2/2/2021 | Ricardo Zayas | Business Operations | Closing issues | 0.25 | $360.00 | $90.00 |
| 2/3/2021 | Nicole Donecker | Business Operations | Preparation of accounts for closure; reconciliation of bank accounts | 1.60 | $290.00 | $464.00 |
| 2/3/2021 | Ricardo Zayas | Business Operations | Closing issues | 0.20 | $360.00 | $72.00 |
| 2/4/2021 | Nicole Donecker | Business Operations | Preparation of accounts for transfer and closure; phone consult with R. Lopez and R. Zayas re: documents in storage; review of complaint | 1.90 | $290.00 | $551.00 |
| 2/4/2021 | Ricardo Zayas | Business Operations | Closing and LV document destruction | 0.70 | $360.00 | $252.00 |
| 2/5/2021 | Nicole Donecker | Business Operations | Preparation of account closures and transfers; meeting with R. Zayas re: wind down of receivership; phone consult with STC clients | 4.60 | $290.00 | $1,334.00 |
| 2/5/2021 | Ricardo Zayas | Business Operations | Shutdown issues | 0.60 | $360.00 | $216.00 |
| 2/9/2021 | Nicole Donecker | Business Operations | Update of client tracking analyses; review of  transfer documents | 1.00 | $290.00 | $290.00 |
| 2/10/2021 | Nicole Donecker | Business Operations | Phone consult with STC clients; preparation of Star transfers; phone consult with advisor; research of client accounts; reconciliation of bank accounts | 2.40 | $290.00 | $696.00 |
| 2/10/2021 | Ricardo Zayas | Business Operations | Star issues; Leinhart issue | 0.20 | $360.00 | $72.00 |
| 2/11/2021 | Nicole Donecker | Business Operations | Preparation of final open account list; reconciliation of cash accounts | 4.00 | $290.00 | $1,160.00 |

United States District Court - Summit - 163540                ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)

**Client**       163450                United States District Court - Summit Trust                Production Partner:  Ricardo Zayas
                                       U.S. Magistrate Judge Philadelphia, PA 19106               Main Client Name:   United States District Court - Summit Trust
**Engagement**   10125702              ADV - 2015 - SEC v. Summit Trust Co. - United States District Court

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|------|---------------|--------------------|-------------|---------------|----------------|--------|
| 2/11/2021 | Ricardo Zayas | Business Operations | closing issue | 0.10 | $360.00 | $36.00 |
| 2/16/2021 | Nicole Donecker | Business Operations | Preparation of available cash analysis; Preparation of final open account list | 3.20 | $290.00 | $928.00 |
| 2/16/2021 | Ricardo Zayas | Business Operations | Closing issues | 0.25 | $360.00 | $90.00 |
| 2/17/2021 | Nicole Donecker | Business Operations | Preparation of final open account list; reconciliation of client account; research of client accounts | 5.30 | $290.00 | $1,537.00 |
| 2/18/2021 | Nicole Donecker | Business Operations | Review and rely to emails from STC clients; update of QuickBooks | 0.80 | $290.00 | $232.00 |
| 2/19/2021 | Nicole Donecker | Business Operations | Preparation of client statement; review of form 1099; preparation of account transfers; phone consult with C. Goodman re: form 1099 | 2.50 | $290.00 | $725.00 |
| 2/23/2021 | Ricardo Zayas | Business Operations | Closing issues | 0.10 | $360.00 | $36.00 |
| 2/23/2021 | Nicole Donecker | Business Operations | Preparation of responses to STC clients; research client accounts; review of documents to identify specific documents | 2.20 | $290.00 | $638.00 |
| 2/24/2021 | Ricardo Zayas | Business Operations | Closing issues; Nevada FID;  Leaver | 0.30 | $360.00 | $108.00 |
| 2/25/2021 | Ricardo Zayas | Business Operations | review open matters; telecon Lopez re: LV shutdown. | 0.85 | $360.00 | $306.00 |
| 2/25/2021 | Nicole Donecker | Business Operations | Preparation of list of open client accounts; phone consult with R. Zayas and R. Lopez re: storage unit and file retention | 2.75 | $290.00 | $797.50 |
| 2/26/2021 | Ricardo Zayas | Business Operations | Telecon Smith (Nevada FID) re: issues | 0.40 | $360.00 | $144.00 |
| 2/26/2021 | Nicole Donecker | Business Operations | Preparation of list of open client accounts; phone consult with R. Zayas and M. Smith re: STC wind down; preparation of payment of vendor; phone consult with R. Lopez re: files | 2.60 | $290.00 | $754.00 |
| 3/1/2021 | Ricardo Zayas | Business Operations | Prepare inquiry to Nevada FID | 0.40 | $360.00 | $144.00 |
| 3/2/2021 | Nicole Donecker | Business Operations | Review of client accounts; reconciliation of cash accounts; closure and transfer of accounts | 2.00 | $290.00 | $580.00 |
| 3/2/2021 | Ricardo Zayas | Business Operations | Banking and account closings | 1.90 | $360.00 | $684.00 |
| 3/3/2021 | Ricardo Zayas | Business Operations | Star transfers | 0.20 | $360.00 | $72.00 |
| 3/3/2021 | Nicole Donecker | Business Operations | Review of client accounts; preparation of account closures and transfers | 2.60 | $290.00 | $754.00 |
| 3/4/2021 | Ricardo Zayas | Business Operations | Star issues and misc | 0.25 | $360.00 | $90.00 |
| 3/4/2021 | Nicole Donecker | Business Operations | Preparation of account closures and transfers; reconciliation of client cash account | 4.80 | $290.00 | $1,392.00 |
| 3/5/2021 | Ricardo Zayas | Business Operations | telecon Lopez re: LV status; close Hoddinott and Rampart accounts | 1.00 | $360.00 | $360.00 |
| 3/5/2021 | Nicole Donecker | Business Operations | Phone consult with R. Lopez and R. Zayas re: Las Vegas documents; preparation of documents for LV document destruction | 1.20 | $290.00 | $348.00 |
| 3/10/2021 | Nicole Donecker | Business Operations | Preparation of client account transfer; research of client account; preparation of correspondence with PA; preparation of correspondence with Star Scientific | 2.50 | $290.00 | $725.00 |
| 3/11/2021 | Nicole Donecker | Business Operations | Reconciliation of Star Certificate; reconciliation of cash accounts; preparation of correspondence to PAUC | 3.00 | $290.00 | $870.00 |

United States District Court - Summit - 163540      ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)

| Client | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
| --- | --- | --- | --- |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit Trust |
| Engagement | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 3/12/2021 | Nicole Donecker | Business Operations | Preparation of correspondence to Star and Unation re: end of receivership; preparation of cash available analysis; update open account list; reconcile cash accounts | 3.75 | $290.00 | $1,087.50 |
| 3/12/2021 | Ricardo Zayas | Business Operations | Communicate with Star and Unation | 0.40 | $360.00 | $144.00 |
| 3/15/2021 | Ricardo Zayas | Business Operations | Review and communicate with Haines re: Cristy; Nevada FID | 1.00 | $360.00 | $360.00 |
| 3/16/2021 | Nicole Donecker | Business Operations | Preparation of account transfers; research of client accounts; update of QuickBooks files; phone consult with R. Zayas re: status of wind down | 5.20 | $290.00 | $1,508.00 |
| 3/16/2021 | Nicole Donecker | Business Operations | Update of QuickBooks | 0.50 | $290.00 | $145.00 |
| 3/17/2021 | Nicole Donecker | Business Operations | Preparation of Star transfer forms; phone consult with STC clients; preparation of payment to vendor | 3.00 | $290.00 | $870.00 |
| 3/17/2021 | Ricardo Zayas | Business Operations | Communicate with Haines re: Cristy; LV documents; MMWR resolution | 0.70 | $360.00 | $252.00 |
| 3/18/2021 | Nicole Donecker | Business Operations | Preparation of correspondence with Star Scientific and former bank; preparation of current cash position; update QuickBooks files; research of client accounts | 3.60 | $290.00 | $1,044.00 |
| 3/19/2021 | Nicole Donecker | Business Operations | Preparation of vendor payments; preparation of open account correspondence; phone consult with R. Zayas and R. Lopez re: LV documents; preparation of correspondence with Star Scientific; correspondence with former client and bank | 7.40 | $290.00 | $2,146.00 |
| 3/23/2021 | Nicole Donecker | Business Operations | Phone consult with R. Zayas re: correspondence and wind down; preparation of correspondence with former client; preparation of vendor payments; research of client account; phone consult with clients | 3.25 | $290.00 | $942.50 |
| 3/23/2021 | Nicole Donecker | Business Operations | Phone consult with R. Zayas re: correspondence and wind down; preparation of correspondence with former client; preparation of vendor payments; research of client account; phone consult with clients | 0.75 | $290.00 | $217.50 |
| 3/23/2021 | Ricardo Zayas | Business Operations | Cristy; Star; misc. | 0.60 | $360.00 | $216.00 |
| 3/24/2021 | Nicole Donecker | Business Operations | Phone consult with STC  client; preparation of transaction history to client; review of 1099s; phone consult with R. Zayas and M. Rosenfeld re: Star Scientific | 1.30 | $290.00 | $377.00 |
| 3/24/2021 | Ricardo Zayas | Business Operations | Telecon Rosenfeld re: Star Shares; star transfer | 0.90 | $360.00 | $324.00 |
| 3/25/2021 | Nicole Donecker | Business Operations | Preparation of documents for LV visit; phone consult with R. Zayas and L. Krepto re: wind down extension; phone consult with STC clients | 2.30 | $290.00 | $667.00 |
| 3/25/2021 | Ricardo Zayas | Business Operations | Telecon Krepto; LV status | 0.60 | $360.00 | $216.00 |
| 3/26/2021 | Nicole Donecker | Business Operations | Update cash position; preparation of account distribution; phone consult with P. Durrant status of receivership; phone consult with R. Lopez re: LV status | 2.00 | $290.00 | $580.00 |
| 3/26/2021 | Ricardo Zayas | Business Operations | Telecon Lopez re: LV status | 0.20 | $360.00 | $72.00 |

United States District Court - Summit - 163540      ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)

| Client | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name: United States District Court - Summit Trust |
| Engagement | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|------|---------------|--------------------|-------------|---------------|----------------|--------|
| 3/30/2021 | Nicole Donecker | Business Operations | Reconciliation of client account; update client balances; preparation of email to clients and ACTC | 0.90 | $290.00 | $261.00 |
| 3/30/2021 | Ricardo Zayas | Business Operations | Review status; plan for Star shares | 0.20 | $360.00 | $72.00 |
| 3/31/2021 | Nicole Donecker | Business Operations | Preparation of account distribution; reconcile accounts; update distributions; preparation of final Star accounting | 2.60 | $290.00 | $754.00 |
| 3/31/2021 | Ricardo Zayas | Business Operations | Star status | 0.25 | $360.00 | $90.00 |
| 4/1/2021 | Nicole Donecker | Business Operations | Preparation of account transfers; preparation of vendor payments | 1.30 | $290.00 | $377.00 |
| 4/1/2021 | Ricardo Zayas | Business Operations | Review status of closing issues | 0.25 | $360.00 | $90.00 |
| 4/7/2021 | Nicole Donecker | Business Operations | Review of Star Scientific documents; preparation of correspondence to Star Scientific | 1.20 | $290.00 | $348.00 |
| 4/8/2021 | Nicole Donecker | Business Operations | Preparation of account transfer; preparation of Star share reconciliation; phone consult with client advisor | 2.20 | $290.00 | $638.00 |
| 4/8/2021 | Ricardo Zayas | Business Operations | Shutdown issues | 0.20 | $360.00 | $72.00 |
| 4/9/2021 | Nicole Donecker | Business Operations | Preparation of Star reconciliation; research of client accounts; preparation of response to former STC client; reconciliation of bank accounts; phone consult with R. Zayas re: final report | 1.60 | $290.00 | $464.00 |
| 4/9/2021 | Ricardo Zayas | Business Operations | Review closing issues with Donecker | 0.50 | $360.00 | $180.00 |
| 4/13/2021 | Nicole Donecker | Business Operations | Phone consult with client; phone consult with C. Goodman re: 1099; email correspondence with clients | 0.50 | $290.00 | $145.00 |
| 4/13/2021 | Ricardo Zayas | Business Operations | Closing issues; Bontreger | 0.30 | $360.00 | $108.00 |
| 4/14/2021 | Nicole Donecker | Business Operations | Preparation of transfer form; phone consult with clients | 0.70 | $290.00 | $203.00 |
| 4/14/2021 | Ricardo Zayas | Business Operations | Star issues; LV close | 0.30 | $360.00 | $108.00 |
| 4/15/2021 | Nicole Donecker | Business Operations | Phone consult with STC clients | 0.30 | $290.00 | $87.00 |
| 4/16/2021 | Nicole Donecker | Business Operations | Final reconciliation of Star shares; preparation of final report; phone consult with STC clients | 3.50 | $290.00 | $1,015.00 |
| 4/20/2021 | Nicole Donecker | Business Operations | Preparation of final report; preparation of payment to vendor | 2.10 | $290.00 | $609.00 |
| 4/21/2021 | Nicole Donecker | Business Operations | Preparation of files and documents for receivership termination; finalization of open account list | 7.50 | $290.00 | $2,175.00 |
| 4/22/2021 | Nicole Donecker | Business Operations | Preparation of files and documents for receivership termination; finalization of open account list; phone consult with R. Lopez re: remaining files | 5.90 | $290.00 | $1,711.00 |
| 4/22/2021 | Ricardo Zayas | Business Operations | Closing issues; transport documents | 0.20 | $360.00 | $72.00 |
| 4/23/2021 | Nicole Donecker | Business Operations | Phone consult with R. Lopez re: remaining file; phone consult with client | 0.40 | $290.00 | $116.00 |
| 4/27/2021 | Nicole Donecker | Business Operations | Preparation of client correspondence | 0.90 | $290.00 | $261.00 |
| 4/30/2021 | Nicole Donecker | Business Operations | Preparation and payment to vendor | 0.50 | $290.00 | $145.00 |
| 5/4/2021 | Ricardo Zayas | Business Operations | Telecon DiDora re: Olmanoff | 0.25 | $360.00 | $90.00 |
| 5/5/2021 | Nicole Donecker | Business Operations | Review and finalize Star Scientific shareholder list | 2.00 | $290.00 | $580.00 |
| 5/6/2021 | Nicole Donecker | Business Operations | Preparation of email to Star Scientific; review of Star reconciliation; review of client account reconciliation | 0.40 | $290.00 | $116.00 |
| 5/10/2021 | Ricardo Zayas | Business Operations | Communicate Nevada FID | 0.20 | $360.00 | $72.00 |
| 5/11/2021 | Nicole Donecker | Business Operations | Reconciliation of Star Scientific shares | 1.50 | $290.00 | $435.00 |

United States District Court - Summit - 163540                    ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)

| Client | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit Trust |
| Engagement | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|---|---|---|---|---|---|---|
| 5/12/2021 | Nicole Donecker | Business Operations | Preparation of payment and correspondence for certified order copy; phone consult with client;  preparation of receivership accounting; email with STC client; phone consult with V. Rakosky re: close STC | 2.80 | $290.00 | $812.00 |
| 5/12/2021 | Ricardo Zayas | Business Operations | Telecon Rakowski from Nevada FID re: escheat | 0.50 | $360.00 | $180.00 |
| 5/13/2021 | Nicole Donecker | Business Operations | organization of open account assets and closed account assets; scan of investments files; preparation of correspondence to advisor | 4.00 | $290.00 | $1,160.00 |
| 5/13/2021 | Ricardo Zayas | Business Operations | Closing issues | 0.50 | $360.00 | $180.00 |
| 5/14/2021 | Nicole Donecker | Business Operations | Preparation of summary of account holdings; update of QuickBooks | 2.80 | $290.00 | $812.00 |
| 5/18/2021 | Nicole Donecker | Business Operations | Phone consult with STC client re: open account | 0.40 | $290.00 | $116.00 |
| 5/19/2021 | Nicole Donecker | Business Operations | Preparation of distribution to client; review of Star accounts for ACTC | 1.80 | $290.00 | $522.00 |
| 5/20/2021 | Nicole Donecker | Business Operations | STC banking; preparation of Star transfer forms; preparation of payments to vendors; organization and filing of STC files | 3.00 | $290.00 | $870.00 |
| 5/20/2021 | Ricardo Zayas | Business Operations | Closing issues;  Star transfer | 0.50 | $360.00 | $180.00 |
| 5/25/2021 | Nicole Donecker | Business Operations | Review and update final report (Rampart); update cash position; review Star transactions | 0.70 | $290.00 | $203.00 |
| 5/26/2021 | Nicole Donecker | Business Operations | Update of QuickBooks; preparation of payments to vendors | 1.10 | $290.00 | $319.00 |
| 5/27/2021 | Nicole Donecker | Business Operations | Preparation of  cash position;; reconciliation of cash | 0.80 | $290.00 | $232.00 |
| 6/3/2021 | Nicole Donecker | Business Operations | Update QuickBooks; vendor payment | 0.70 | $290.00 | $203.00 |
| 6/8/2021 | Nicole Donecker | Business Operations | Preparation of transfer document; phone consult with STC client | 1.30 | $290.00 | $377.00 |
| 6/9/2021 | Nicole Donecker | Business Operations | Phone consult with STC client; preparation of Star transfer form; phone consult with P. Durrant re: account holdings | 1.10 | $290.00 | $319.00 |
| 6/10/2021 | Nicole Donecker | Business Operations | Phone consult with client; review of transaction history; review of documents | 0.70 | $290.00 | $203.00 |
| 6/16/2021 | Nicole Donecker | Business Operations | Preparation of account transfer; phone consult with A. Are re: MMI clients; preparation of MMI note holder list | 2.50 | $290.00 | $725.00 |
| 6/16/2021 | Ricardo Zayas | Business Operations | MMI and property sale | 0.50 | $360.00 | $180.00 |
| 6/17/2021 | Nicole Donecker | Business Operations | Preparation of account transfer; preparation of responses to advisor and client; phone consult with STC client; preparation of report to the court | 4.00 | $290.00 | $1,160.00 |
| 6/17/2021 | Ricardo Zayas | Business Operations | Review MMI Mgmt issues | 0.50 | $360.00 | $180.00 |
| 6/18/2021 | Nicole Donecker | Business Operations | Phone consult with A. Are re: accounts; phone consult with STC clients; phone consult with Premier Trust; review of client accounts; update of QuickBooks; reconciliation of client account; preparation of final report | 6.25 | $290.00 | $1,812.50 |
| 6/18/2021 | Ricardo Zayas | Business Operations | MMI issue; telecon Star Counsel; telecon Are | 0.90 | $360.00 | $324.00 |
| 6/23/2021 | Nicole Donecker | Business Operations | Preparation of statements; phone consult with STC clients and new custodians; reconciliation of client account | 3.80 | $290.00 | $1,102.00 |

United States District Court - Summit - 163540      ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)

| Client | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit Trust |
| Engagement | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|---|---|---|---|---|---|---|
| 6/23/2021 | Ricardo Zayas | Business Operations | Address MMI issues | 0.30 | $360.00 | $108.00 |
| 6/24/2021 | Nicole Donecker | Business Operations | Preparation of account transfers; phone consult with STC clients and new custodian | 7.50 | $290.00 | $2,175.00 |
| 6/24/2021 | Ricardo Zayas | Business Operations | MMI issues | 0.30 | $360.00 | $108.00 |
| 6/25/2021 | Nicole Donecker | Business Operations | Review of files for destruction or keep in storage unit | 1.60 | $290.00 | $464.00 |
| 6/29/2021 | Nicole Donecker | Business Operations | Preparation of transfers; phone consult with STC clients and advisors | 2.60 | $290.00 | $754.00 |
| 6/30/2021 | Nicole Donecker | Business Operations | Preparation of transfers and distributions; research of prior investments; preparation of final report; reconciliation of cash accounts | 3.80 | $290.00 | $1,102.00 |
| 6/30/2021 | Ricardo Zayas | Business Operations | Closing issues; research Ellis litigation | 0.75 | $360.00 | $270.00 |
| 7/1/2021 | Nicole Donecker | Business Operations | Preparation of distributions and transfers; preparation of PA UC payment | 1.40 | $290.00 | $406.00 |
| 7/1/2021 | Ricardo Zayas | Business Operations | Star and closing issues | 0.50 | $360.00 | $180.00 |
| 7/2/2021 | Nicole Donecker | Business Operations | Review of client accounts; reconciliation of cash | 0.40 | $290.00 | $116.00 |
| 7/2/2021 | Ricardo Zayas | Business Operations | Star docs; Avalon status | 0.30 | $360.00 | $108.00 |
| 7/6/2021 | Nicole Donecker | Business Operations | Keen - Contract beneficiary; review of documents | 0.75 | $290.00 | $217.50 |
| 7/6/2021 | Nicole Donecker | Business Operations | Reconciliation of cash accounts; preparation of final account list; phone consult with STC clients; preparation of transfer | 3.80 | $290.00 | $1,102.00 |
| 7/6/2021 | Ricardo Zayas | Business Operations | Keen issues; communicate Counsel | 0.25 | $360.00 | $90.00 |
| 7/7/2021 | Nicole Donecker | Business Operations | Preparation of final account list; review of client documents; review of accounts | 2.40 | $290.00 | $696.00 |
| 7/8/2021 | Nicole Donecker | Business Operations | Preparation of account closure and distribution; finalize account list; reconcile client account | 1.10 | $290.00 | $319.00 |
| 7/8/2021 | Nicole Donecker | Business Operations | Review of documents to identify specific documents in storage | 0.40 | $290.00 | $116.00 |
| 7/9/2021 | Nicole Donecker | Business Operations | KEEN - review of documents to identify specific documents; preparation of correspondence to Keen beneficiary; review of prior distributions | 2.00 | $290.00 | $580.00 |
| 7/9/2021 | Nicole Donecker | Business Operations | Reconciliation of client account; review of Star transactions | 0.60 | $290.00 | $174.00 |
| 7/13/2021 | Nicole Donecker | Business Operations | Preparation of distribution; preparation of trust resignation and distribution; preparation of final report; review of accounts; reconciliation of client account | 6.40 | $290.00 | $1,856.00 |
| 7/14/2021 | Nicole Donecker | Business Operations | Preparation of final report;  review o review of accounts and holdings | 5.00 | $290.00 | $1,450.00 |
| 7/14/2021 | Ricardo Zayas | Business Operations | Closing issues | 0.75 | $360.00 | $270.00 |
| 7/15/2021 | Nicole Donecker | Business Operations | Preparation of final report; review of accounts; review of QuickBooks | 3.00 | $290.00 | $870.00 |
| 7/15/2021 | Nicole Donecker | Business Operations | Preparation of STC records for storage | 2.50 | $290.00 | $725.00 |
| 7/16/2021 | Nicole Donecker | Business Operations | Preparation of STC records for storage | 4.00 | $290.00 | $1,160.00 |
| 7/19/2021 | Ricardo Zayas | Business Operations | Closing issues | 0.25 | $360.00 | $90.00 |
| 7/20/2021 | Nicole Donecker | Business Operations | Update QuickBooks; STC banking; preparation of documents for storage; scan documents | 5.00 | $290.00 | $1,450.00 |
| 7/21/2021 | Nicole Donecker | Business Operations | Preparation of documents for storage | 3.00 | $290.00 | $870.00 |

**United States District Court - Summit - 163540**                          **ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)**

| Client | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
| Engagement | 10125702 | U.S. Magistrate Judge Philadelphia, PA 19106<br>ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | Main Client Name:  United States District Court - Summit Trust |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|------|---------------|--------------------|-------------|---------------|----------------|--------|
| 7/21/2021 | Nicole Donecker | Business Operations | Review of fee application | 0.50 | $290.00 | $145.00 |
| 7/22/2021 | Nicole Donecker | Business Operations | Review of fee app; preparation of account transfer | 1.70 | $290.00 | $493.00 |
| 7/27/2021 | Nicole Donecker | Business Operations | Preparation of documents for storage and destruction | 2.50 | $290.00 | $725.00 |
| 7/27/2021 | Nicole Donecker | Business Operations | Preparation of Keen distribution | 0.60 | $290.00 | $174.00 |
| 7/27/2021 | Ricardo Zayas | Business Operations | Review closing issues | 0.20 | $360.00 | $72.00 |
| 7/28/2021 | Nicole Donecker | Business Operations | Preparation of documents for storage and destruction | 1.00 | $290.00 | $290.00 |
| 7/29/2021 | Nicole Donecker | Business Operations | Preparation of documents for destruction and storage | 1.00 | $290.00 | $290.00 |
| 7/29/2021 | Nicole Donecker | Business Operations | Preparation of  QuickBooks reports; update of QuickBooks; preparation of cash position | 1.00 | $290.00 | $290.00 |
| 7/29/2021 | Ricardo Zayas | Business Operations | Closing issues | 0.25 | $360.00 | $90.00 |
| 7/10/2020 | Ricardo Zayas | Status Reports | Preparation of Exhibits, Schedules and Reports; draft orders | 0.10 | $360.00 | $36.00 |
| 7/14/2020 | Ricardo Zayas | Status Reports | Preparation of Exhibits, Schedules and Reports | 2.90 | $360.00 | $1,044.00 |
| 7/20/2020 | Ricardo Zayas | Status Reports | Preparation of Exhibits, Schedules and Reports | 1.75 | $360.00 | $630.00 |
| 7/23/2020 | Ricardo Zayas | Status Reports | Preparation of Exhibits, Schedules and Reports | 1.25 | $360.00 | $450.00 |
| 8/7/2020 | Ricardo Zayas | Status Reports | Preparation of Exhibits, Schedules and Reports | 1.00 | $360.00 | $360.00 |
| 7/20/2021 | Ricardo Zayas | Status Reports | Prepare applications and summary reports | 2.30 | $360.00 | $828.00 |
| 7/21/2021 | Ricardo Zayas | Status Reports | Prepare final report; review files | 1.20 | $360.00 | $432.00 |
| 7/28/2021 | Nicole Donecker | Status Reports | Meeting with R. Zayas re: final report | 0.80 | $290.00 | $232.00 |
| 7/28/2021 | Nicole Donecker | Status Reports | Preparation of final report and attachments | 2.40 | $290.00 | $696.00 |
| 7/28/2021 | Ricardo Zayas | Status Reports | Prepare final report to Court; closing issues | 1.00 | $360.00 | $360.00 |
| | | | **Time Total** | **592.20** | | **$174,969.50** |

| Expenses | | | | | | |
|----------|--|--|--|--|--|--|
| Date | Task/Employee | | Description | | | Amount |
| | | Postage / Messenger / Copies | | | | |
| 9/1/2020 | Alexis Hunter | | FEDEX 7-109-67838 | | | $27.79 |
| 9/1/2020 | Alexis Hunter | | FEDEX 7-109-67838 | | | $29.39 |
| 9/1/2020 | Alexis Hunter | | FEDEX 7-109-67838 | | | $29.39 |
| 9/1/2020 | Alexis Hunter | | FEDEX 7-109-67838 | | | $36.55 |
| 9/11/2020 | Desiree Rose | | Fed Ex 7-116-76206 | | | $29.39 |
| 9/11/2020 | Desiree Rose | | Fed Ex 7-116-76206 | | | $29.39 |
| 9/11/2020 | Desiree Rose | | Fed Ex 7-116-76206 | | | $29.39 |
| 9/11/2020 | Desiree Rose | | Fed Ex 7-116-76206 | | | $36.55 |
| 9/11/2020 | Desiree Rose | | Fed Ex 7-116-76206 | | | $36.55 |
| 9/11/2020 | Desiree Rose | | Fed Ex 7-116-76206 | | | $38.18 |
| 9/11/2020 | Desiree Rose | | Fed Ex 7-116-76206 | | | $62.85 |
| 9/29/2020 | Desiree Rose | | Fed Ex 7-135-87827 | | | $29.19 |
| 9/30/2020 | Desiree Rose | | Fed Ex 3-300-60620 | | | $95.35 |
| 10/13/2020 | Desiree Rose | | Fed Ex 7-149-56163 | | | $29.19 |
| 10/13/2020 | Desiree Rose | | Fed Ex 7-149-56163 | | | $29.25 |
| 10/20/2020 | Desiree Rose | | Fed Ex 7-156-25870 | | | $23.55 |
| 1/14/2021 | Desiree Rose | | Fed Ex 7-242-95451 | | | $25.29 |
| 1/14/2021 | Desiree Rose | | Fed Ex 7-242-95451 | | | $25.29 |
| 1/19/2021 | Desiree Rose | | Fed Ex 7-249-75846 | | | $25.29 |

United States District Court - Summit - 163540     **ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)**

| Client | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
| Engagement | 10125702 | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit Trust |
| | | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|---|---|---|---|---|---|---|
| 2/2/2021 | Desiree Rose | | Fed Ex 7-264-46676 | | | $15.43 |
| 2/2/2021 | Desiree Rose | | Fed Ex 7-264-46676 | | | $25.03 |
| 2/16/2021 | Desiree Rose | | Fed Ex 7-279-18006 | | | $18.73 |
| 3/4/2021 | Desiree Rose | | Fed Ex 7-301-28874 | | | $16.13 |
| 3/4/2021 | Desiree Rose | | Fed Ex 7-301-28874 | | | $20.43 |
| 3/16/2021 | Desiree Rose | | Fed Ex 7-308-19628 | | | $16.20 |
| 3/16/2021 | Desiree Rose | | Fed Ex 7-308-19628 | | | $19.51 |
| 3/2/2021 | Desiree Rose | | Fed Ex 7-293-08650 | | | $18.76 |
| 3/30/2021 | Desiree Rose | | Fed Ex 7-322-42414 | | | $14.15 |
| 3/30/2021 | Desiree Rose | | Fed Ex 7-322-42414 | | | $20.51 |
| 4/6/2021 | Desiree Rose | | Fed Ex 7-330-82555 | | | $17.50 |
| 4/6/2021 | Desiree Rose | | Fed Ex 7-330-82555 | | | $49.15 |
| 4/6/2021 | Desiree Rose | | Fed Ex 7-330-82555 | | | $52.54 |
| 4/6/2021 | Desiree Rose | | Fed Ex 7-330-82555 | | | $85.88 |
| 5/25/2021 | Desiree Rose | | Fed Ex 7-383-33087 | | | $16.99 |
| 5/25/2021 | Desiree Rose | | Fed Ex 7-383-33087 | | | $22.03 |
| 5/31/2021 | Desiree Rose | | Fed Ex 7-390-21128 | | | $40.86 |
| 5/31/2021 | Desiree Rose | | Fed Ex 7-390-21128 | | | $42.24 |
| 5/31/2021 | Desiree Rose | | Fed Ex 7-390-21128 | | | $43.11 |
| 5/31/2021 | Desiree Rose | | Fed Ex 7-390-21128 | | | $43.11 |
| 5/31/2021 | Desiree Rose | | Fed Ex 7-390-21128 | | | $43.11 |
| 5/31/2021 | Desiree Rose | | Fed Ex 7-390-21128 | | | $43.85 |
| 5/31/2021 | Desiree Rose | | Fed Ex 7-390-21128 | | | $45.95 |
| 5/31/2021 | Desiree Rose | | Fed Ex 7-390-21128 | | | $45.95 |
| 5/31/2021 | Desiree Rose | | Fed Ex 7-390-21128 | | | $46.73 |
| 6/22/2021 | Desiree Rose | | Fed Ex 7-412-02261 | | | $15.75 |
| 7/13/2021 | Desiree Rose | | Fed Ex7-440-92030 | | | $19.30 |
| | | **Postage / Messenger / Copies** | | | | **$1,556.14** |
| | | | | | | |
| | | **Technology & Software** | | | | |
| 2/12/2021 | | | 1099's | | | $170.00 |
| 3/24/2021 | | | 1099's | | | $170.00 |
| 4/16/2021 | | | 1099's | | | $150.00 |
| 4/16/2021 | | | 1099's | | | $170.00 |
| | | **Technology & Software** | | | | **$660.00** |
| | | | **Total Expenses** | | | **$2,216.14** |

**United States District Court - Summit - 163540**       **ADV - 2015 - SEC v. Summit Trust Co. - United States District Court (10125702)**

| Client | 163450 | United States District Court - Summit Trust | Production Partner: Ricardo Zayas |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit Trust |
| Engagement | 10125702 | ADV - 2015 - SEC v. Summit Trust Co. - United States District Court | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|------|---------------|-------------------|-------------|---------------|----------------|--------|
| | **Time Summary by Employee** | | | **Hours** | | **Amount** |
| | Carrie Goodman | | Senior | 3.00 | | $525.00 |
| | Christopher J. Jud | | Senior Manager | 8.50 | | $2,255.00 |
| | Kaeleigh Kapr | | Intern | 0.50 | | $40.00 |
| | Kati L Allison-Boughton | | Director | 2.15 | | $623.50 |
| | Korah Sabu | | Staff | 4.75 | | $688.75 |
| | Nicole Donecker | | Manager | 460.45 | | $133,530.50 |
| | Patrick Rogers | | Senior Manager | 39.05 | | $10,738.75 |
| | Ricardo Zayas | | Partner | 73.80 | | $26,568.00 |
| | **Time Total** | | | **592.20** | | **$174,969.50** |
| | | | | | | |
| | **T&E Summary by Task** | | | **Hours** | | **Amount** |
| | | | Accounting and Auditing | 54.30 | | $13,812.50 |
| | | | Asset Analysis and Recovery | 2.15 | | $623.50 |
| | | | Business Operations | 521.05 | | $155,465.50 |
| | | | Data Analysis | 0.00 | | $0.00 |
| | | | Forensic Accounting | 0.00 | | $0.00 |
| | | | Status Reports | 14.70 | | $5,068.00 |
| | | | Expenses | | | $2,216.14 |
| | | | | **592.20** | | **$177,185.64** |

# EXHIBIT B-2

United States District court - Summit/TCN - 163451                    ADV - 2015 - Summit Trust / Trust Counselors Network (TCN) - (10125703)

| | | | |
|---|---|---|---|
| Client | 163451 | United States District Court - Summit/TCN | Production Partner: Ricardo Zayas |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name: United States District Court - Summit/TCN |
| Engagement | 10125703 | ADV - 2015 - Summit Trust / Trust Counselors Network (TNC) | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
|---|---|---|---|---|---|---|
| 7/7/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services Tax deadline extension / QuickBooks review | 0.50 | $275.00 | $137.50 |
| 7/8/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.50 | $275.00 | $137.50 |
| 7/9/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services Tax extension and e-file roll | 1.00 | $275.00 | $275.00 |
| 7/10/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.30 | $275.00 | $82.50 |
| 7/13/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.50 | $275.00 | $137.50 |
| 7/14/2020 | Patrick Rogers | Accounting and Auditing | Tax Compliance Services | 0.50 | $275.00 | $137.50 |
| 7/15/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.50 | $275.00 | $137.50 |
| 3/19/2021 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.50 | $275.00 | $137.50 |
| 7/26/2021 | Patrick Rogers | Accounting and Auditing | Compliance Services | 1.50 | $275.00 | $412.50 |
| 7/26/2021 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.25 | $275.00 | $68.75 |
| 7/27/2021 | Patrick Rogers | Accounting and Auditing | Compliance Services | 2.00 | $275.00 | $550.00 |
| 7/15/2020 | Ricardo Zayas | Asset Analysis and Recovery | Review | 0.20 | $360.00 | $72.00 |
| 8/25/2020 | Ricardo Zayas | Asset Analysis and Recovery | Review Equitrust correspondence; prepare letter | 0.90 | $360.00 | $324.00 |
| 9/21/2020 | Ricardo Zayas | Asset Analysis and Recovery | Review Equitable documents; prepare redemption forms | 0.25 | $360.00 | $90.00 |
| 9/22/2020 | Ricardo Zayas | Asset Analysis and Recovery | Review and execute redemption documents | 0.40 | $360.00 | $144.00 |
| 3/12/2021 | Ricardo Zayas | Asset Analysis and Recovery | Equitrust close out | 0.50 | $360.00 | $180.00 |
| 7/1/2020 | Nicole Donecker | Business Operations | Review of fee app; preparation of QuickBooks deposit report | 0.30 | $290.00 | $87.00 |
| 7/9/2020 | Nicole Donecker | Business Operations | Preparation of vendor payments; preparation of correspondence to vendor | 1.00 | $290.00 | $290.00 |
| 7/23/2020 | Nicole Donecker | Business Operations | Review of fee apps and draft orders; download bank statements | 0.30 | $290.00 | $87.00 |
| 7/24/2020 | Nicole Donecker | Business Operations | Update of QuickBooks | 0.20 | $290.00 | $58.00 |
| 8/7/2020 | Nicole Donecker | Business Operations | Banking for TCN | 0.10 | $290.00 | $29.00 |
| 8/12/2020 | Nicole Donecker | Business Operations | Review of fee applications | 0.30 | $290.00 | $87.00 |
| 9/9/2020 | Nicole Donecker | Business Operations | Update QuickBooks | 0.80 | $290.00 | $232.00 |
| 9/22/2020 | Nicole Donecker | Business Operations | Review of insurance letters and claims | 0.40 | $290.00 | $116.00 |
| 9/23/2020 | Nicole Donecker | Business Operations | Clean out of STC / TCN storage unit | 0.80 | $290.00 | $232.00 |
| 9/23/2020 | Ricardo Zayas | Business Operations | Review documents in storage for destruction | 2.25 | $360.00 | $810.00 |
| 10/14/2020 | Nicole Donecker | Business Operations | Fax correspondence re: account closure | 0.20 | $290.00 | $58.00 |
| 10/29/2020 | Nicole Donecker | Business Operations | Preparation of vendor payments; preparation of LPT unit sale | 0.50 | $290.00 | $145.00 |
| 10/30/2020 | Ricardo Zayas | Business Operations | Management & Operational Assistance; TCN Viaticals | 0.20 | $360.00 | $72.00 |
| 1/8/2021 | Nicole Donecker | Business Operations | Preparation of deposit; TCN banking; preparation of QuickBooks files; review of bank activity | 1.60 | $290.00 | $464.00 |
| 3/7/2021 | Nicole Donecker | Business Operations | Preparation of payment to vendors; review of bank documents | 1.25 | $290.00 | $362.50 |
| 3/9/2021 | Nicole Donecker | Business Operations | Review and reconciliation of client account | 0.30 | $290.00 | $87.00 |

United States District court - Summit/TCN - 163451        **ADV - 2015 - Summit Trust / Trust Counselors Network (TCN) - (10125703)**

| Client | 163451 | United States District Court - Summit/TCN | Production Partner: Ricardo Zayas |
| --- | --- | --- | --- |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit/TCN |
| Engagement | 10125703 | ADV - 2015 - Summit Trust / Trust Counselors Network (TNC) | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 5/14/2021 | Nicole Donecker | Business Operations | Update of QuickBooks | 0.30 | $290.00 | $87.00 |
| 5/20/2021 | Nicole Donecker | Business Operations | Preparation of Fidelity account closure documents and correspondence | 0.80 | $290.00 | $232.00 |
| 5/27/2021 | Nicole Donecker | Business Operations | Preparation of correspondence to close accounts | 0.80 | $290.00 | $232.00 |
| 6/1/2021 | Nicole Donecker | Business Operations | Preparation and fax of account closure documents | 0.25 | $290.00 | $72.50 |
| 6/3/2021 | Nicole Donecker | Business Operations | Update QuickBooks | 0.20 | $290.00 | $58.00 |
| 6/4/2021 | Nicole Donecker | Business Operations | Phone consult with investment holding re: documents to close account | 0.30 | $290.00 | $87.00 |
| 6/8/2021 | Nicole Donecker | Business Operations | Phone consult with investment account entities; preparation of correspondence | 0.50 | $290.00 | $145.00 |
| 6/25/2021 | Nicole Donecker | Business Operations | Review of files for destruction or keep in storage unit | 1.60 | $290.00 | $464.00 |
| 7/14/2021 | Nicole Donecker | Business Operations | Preparation of final report; review of accounts; review of accounts payable | 2.00 | $290.00 | $580.00 |
| 7/15/2021 | Nicole Donecker | Business Operations | Preparation of final report; review of QuickBooks | 1.00 | $290.00 | $290.00 |
| 7/20/2021 | Nicole Donecker | Business Operations | Update QuickBooks; STC banking; preparation of documents for storage; scan documents | 2.00 | $290.00 | $580.00 |
| 7/21/2021 | Nicole Donecker | Business Operations | Preparation of documents for storage | 2.50 | $290.00 | $725.00 |
| 7/27/2021 | Nicole Donecker | Business Operations | Preparation of deposit; update of QuickBooks | 0.20 | $290.00 | $58.00 |
| 7/29/2021 | Nicole Donecker | Business Operations | Preparation of  QuickBooks reports; update of QuickBooks | 0.40 | $290.00 | $116.00 |
| 6/25/2021 | Ricardo Zayas | Business Operations | Review and select records for archive; coordinate confidential destruction | 4.50 | $360.00 | $1,620.00 |
| 7/20/2020 | Ricardo Zayas | Status Reports | Preparation of Exhibits, Schedules and Reports | 0.50 | $360.00 | $180.00 |
| 8/7/2020 | Ricardo Zayas | Status Reports | Preparation of Exhibits, Schedules and Reports | 0.80 | $360.00 | $288.00 |
| 5/25/2021 | Nicole Donecker | Status Reports | Review and update final report | 0.50 | $290.00 | $145.00 |
| 7/21/2021 | Nicole Donecker | Status Reports | Review of fee application | 0.50 | $290.00 | $145.00 |
| 7/22/2021 | Nicole Donecker | Status Reports | Review of fee application | 0.70 | $290.00 | $203.00 |
| | | | | **41.15** | | **$12,547.75** |

**United States District court - Summit/TCN - 163451**          **ADV - 2015 - Summit Trust / Trust Counselors Network (TCN) - (10125703)**

| | | | |
|---|---|---|---|
| **Client** | 163451 | United States District Court - Summit/TCN | Production Partner: Ricardo Zayas |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit/TCN |
| **Engagement** | 10125703 | ADV - 2015 - Summit Trust / Trust Counselors Network (TNC) | |

| Time Summary by Employee | | | Hours | | Amount |
|---|---|---|---|---|---|
| Nicole Donecker | Manager | | 22.60 | | $6,554.00 |
| Patrick Rogers | Senior Manager | | 8.05 | | $2,213.75 |
| Ricardo Zayas | Partner | | 10.50 | | $3,780.00 |
| **Time Total** | | | **41.15** | | **$12,547.75** |

| T&E Summary by Task | | | Hours | | Amount |
|---|---|---|---|---|---|
| Accounting and Auditing | | | 8.05 | | $2,213.75 |
| Asset Analysis and Recovery | | | 2.25 | | $810.00 |
| Business Operations | | | 27.85 | | $8,563.00 |
| Data Analysis | | | 0.00 | | $0.00 |
| Forensic Accounting | | | 0.00 | | $0.00 |
| Status Reports | | | 3.00 | | $961.00 |
| Expenses | | | | | $0.00 |
| | | | **41.15** | | **$12,547.75** |

# EXHIBIT B-3

**United States District Court - Summit/Rampart - 163452**        **ADV - 2015 - Summit Trust / Rampart Fund LP (Rampart) - United States District Court (10125704)**

| Client | 163452 | United States District Court - Summit/Rampart | Production Partner:  Ricardo Zayas |
| --- | --- | --- | --- |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name:  United States District Court - Summit/Rampart |
| Engagement | 10125704 | ADV - 2015 - Summit Trust / Rampart Fund LP (Rampart) | |

| Date | Task/Employee | SEC Classification | Description | Invoice Hours | Approved Rates | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 7/7/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services Tax deadline extension / QuickBooks review | 0.50 | $240.00 | $120.00 |
| 7/8/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.50 | $240.00 | $120.00 |
| 7/9/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services Tax extension and e-file roll | 0.75 | $240.00 | $180.00 |
| 7/10/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.30 | $240.00 | $72.00 |
| 7/13/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.50 | $240.00 | $120.00 |
| 7/14/2020 | Patrick Rogers | Accounting and Auditing | Tax Compliance Services | 0.50 | $240.00 | $120.00 |
| 7/15/2020 | Patrick Rogers | Accounting and Auditing | Compliance Services | 1.50 | $260.00 | $390.00 |
| 3/19/2021 | Patrick Rogers | Accounting and Auditing | Compliance Services | 0.50 | $240.00 | $120.00 |
| 4/15/2021 | Patrick Rogers | Accounting and Auditing | Compliance Services | 2.00 | $240.00 | $480.00 |
| 7/1/2020 | Nicole Donecker | Business Operations | Review of fee app | 0.20 | $290.00 | $58.00 |
| 7/23/2020 | Nicole Donecker | Business Operations | Review of fee apps and draft orders; download bank statements | 0.30 | $290.00 | $87.00 |
| 7/24/2020 | Nicole Donecker | Business Operations | Update of QuickBooks | 0.30 | $290.00 | $87.00 |
| 8/12/2020 | Nicole Donecker | Business Operations | Review of fee applications | 0.30 | $290.00 | $87.00 |
| 1/8/2021 | Nicole Donecker | Business Operations | Preparation of QuickBooks; review of bank activity | 1.00 | $290.00 | $290.00 |
| 7/10/2020 | Ricardo Zayas | Business Operations | Close Raymond James | 0.20 | $360.00 | $72.00 |
| 9/24/2020 | Ricardo Zayas | Business Operations | Review OS app payments | 0.40 | $360.00 | $144.00 |
| 5/21/2021 | Nicole Donecker | Status Reports | Preparation of final report - Rampart section | 0.90 | $290.00 | $261.00 |
| 7/20/2020 | Ricardo Zayas | Status Reports | Preparation of Exhibits, Schedules and Reports | 0.25 | $360.00 | $90.00 |
| 8/7/2020 | Ricardo Zayas | Status Reports | Preparation of Exhibits, Schedules and Reports | 0.50 | $360.00 | $180.00 |
| | | | **Time Total** | **11.40** | | **$3,078.00** |

United States District Court - Summit/Rampart - 163452                    ADV - 2015 - Summit Trust / Rampart Fund LP (Rampart) - United States District Court (10125704)

| Client | 163452 | United States District Court - Summit/Rampart | Production Partner: Ricardo Zayas |
| | | U.S. Magistrate Judge Philadelphia, PA 19106 | Main Client Name: United States District Court - Summit/Rampart |
| Engagement | 10125704 | ADV - 2015 - Summit Trust / Rampart Fund LP (Rampart) | |

| Time Summary by Employee | | | Hours | | | Amount |
|---|---|---|---|---|---|---|
| Nicole Donecker | Manager | | 3.00 | | | $870.00 |
| Patrick Rogers | Senior Manager | | 7.05 | | | $1,722.00 |
| Ricardo Zayas | Partner | | 1.35 | | | $486.00 |
| **Time Total** | | | **11.40** | | | **$3,078.00** |

| T&E Summary by Task | | Hours | | | Amount |
|---|---|---|---|---|---|
| Accounting and Auditing | | 7.05 | | | $1,722.00 |
| Asset Analysis and Recovery | | 0.00 | | | $0.00 |
| Business Operations | | 2.70 | | | $825.00 |
| Data Analysis | | 0.00 | | | $0.00 |
| Forensic Accounting | | 0.00 | | | $0.00 |
| Status Reports | | 1.65 | | | $531.00 |
| Expenses | | | | | $0.00 |
| | | **11.40** | | | **$3,078.00** |

# EXHIBIT C

## SMART DEVINE

## LITIGATION SERVICES

## HOURLY FEE SCHEDULE

| | |
|---|---|
| MANAGING DIRECTOR | $360.00 |
| DIRECTOR | $325.00 |
| SENIOR MANAGER | $300.00 |
| MANAGER | $290.00 |
| SENIOR ASSOCIATE | $240.00 |
| ASSOCIATE | $160.00 |
| PARAPROFESSIONAL | $115.00 |
| INTERN | $ 75.00 |
| EXECUTIVE ASSISTANT | $ 60.00 |

In Support Of
United States Securities and Exchange Commission v. Summit Trust Company, et al.