IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>          **Plaintiff,**<br><br>    v.<br><br>SUMMIT TRUST COMPANY, RAMPART CAPITAL MANAGEMENT, LLC, TRUST COUNSELORS NETWORK, INC., BROWN INVESTMENT ADVISORS, INC., KEVIN C. BROWN, and GEORGE P. BROWN<br><br>          **Defendants,**<br><br>    and<br><br>RAMPART FUND LP, WEALTH MAINTENANCE ORGANIZATION, LLC, and HODDINOTT FARM DEVELOPMENT, LLC<br><br>          **Relief Defendants.** | CIVIL ACTION NO. 15-5843 |

## ORDER[1]

**AND NOW,** this 6th day of December 2021, upon consideration of the (Unopposed) Combined First, Second and Third Interim and Final Application (the "**Application**"), of Robinson & Cole, LLP ("**RC**") as counsel to Ricardo J. Zayas, Receiver ("**Receiver**"), for Compensation and Reimbursement of Expenses for the Period of January 1, 2020 through June 30, 2021 (the "**Compensation Period**"), and the Court having reviewed the Application and it appearing that there is no opposition thereto, it is hereby **ORDERED** that:

---

[1] Any capitalized term not defined in this Order shall have the meaning ascribed to it in the Final Report.

1. The Application is **APPROVED**.

2. RC, as counsel to the Receiver, is awarded a combined first, second and third interim and final allowance of **$9,118.50** in compensation for services rendered and reimbursement of actual and necessary expenses during the Compensation Period in the amount of **$20.71** (the "**Final Allowance**") to be paid out of the Receivership Entities' Estates.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

It is so **ORDERED.**

                                            **BY THE COURT:**

                                            **/s/ Cynthia M. Rufe**
                                            _____
                                            **CYNTHIA M. RUFE, J.**